F2 (PAGE 1)

**DEMANDE**
REQUEST
**AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER**
**D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE**
FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
––––––––––

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at the Hague, November 15, 1965.

| Identité et adresse du requérant | Adresse de l'autorité destinataire |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| SELARL PADDEX-NOLIVOS | Process Forwarding International |
| Huissiers de Justice Associés | 633 Yesler Way |
| 168, rue de Grenelle | 98104 SEATTLE WA (USA) |
| 75007 PARIS | |
| Tél. (33) 01.44.18.05.00 | |
| Fax (33) 01.44.18.05.06 | |

Le requérant soussigné a l'honneur de faire parvenir -en double exemplaire- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

The undersigned applicant has the honour to transmit -in duplicate- the documents listed below and, in conformity with article 5 of the above-mentionned Convention, requests prompt service of one copy thereof on the addressee,i.e,

(identité et adresse)
(identity and address) WORLD WRESTLING ENTERTAINMENT INC
.... 1241 East Main Street 06902 Stamford, Connecticut (USA)

**a)** selon les formes légales (article 5, alinéa premier,lettre a)*
a) in accordance with the provision of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

~~b) selon la forme particulière suivante (article 5, alinéa premier,lettre b)*:~~
~~b) in accordance with the following particular method (sub-paragraph(b) of the first paragraph of article 5)* .....................................................................~~

.........................................................................................

**c)** le cas échéant, par remise simple (article 5, alinéa 2)*
c) by delivery to the addressee, if he accepts it voluntary (second paragraph of article 5)*

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -et de ses annexes *- avec l'attestation figurant au verso.
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes*- with a certificate as provided on the reverse side.

Énumérations des pièces
List of documents
Assignation devant le
Tribunal de Grande
Instance de PARIS

.......................................

Fait à  PARIS (FRANCE)        , le  28/06/2010
Done at                       , the

**Signature et/ou cachet**
Signature and/or stamp

* Rayer les mentions inutiles*
Delete if inappropriate

A TRUE COPY ATTEST !



F2 (PAGE 3)

### ELEMENTS ESSENTIELS DE L'ACTE
### SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.**
Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, alinéa 4)
(article 5, fourth paragraph)

**Nom et adresse de l'autorité requérante :**
Name and address of the requesting authority :
.......................................................................
.......................................................................

> SELARL PIQUET - MOLITOR
> Huissiers de Justice Associés
> 168, rue de Grenelle
> 75007 PARIS
> Tél. (33) 01.44.18.05.00
> Fax (33) 01.44.18.05.06

**Identité des parties\* :**
Particulars of the parties\* : Société SUN CITY (CIE DND) 25 avenue de Bois de la Pie 93290 Tremblay en France (FRANCE)
SNC SCENAMA 12 ville Compoint 75017 PARIS (FRANCE)
SCENAMA INTERNATIONAL SARL 12 Ville Compoint 75017 PARIS (FRANCE)
TVTANIA GmbH Ockster Be 14 40464 LAGENFELD (ALLEMAGNE) &
LAMALOLI GmbH Grandkaule 11 53859 NIDERKASSEL (ALLEMAGNE)

### ACTE JUDICIAIRE\*\*
### JUDICIAL DOCUMENTS\*\*

**Nature et objet de l'acte :**
Nature and purpose of the document :
Assignation devant le Tribunal de Grande Instance de Paris
.......................................................................

**Nature et objet de l'instance, le cas échéant, le montant du litige :**
Nature and purpose of the proceeding and, where appropriate, the amount in dispute :
Droit de marques 27 221 400 €.
.......................................................................

**Date et lieu de la comparution \*\* :**
Date and place for entering appearance\*\* :
Devant le Tribunal de Grande Instance de PARIS 4 boulevard du Palais 75001 PARIS

~~**Juridiction qui a rendu la décision\*\*:**~~
~~Court which has given judgement\*\* :~~
.......................................................................

~~**Date de la décision\*\* :**~~
~~Date of judgment\*\* :~~
.......................................................................

**Indication des délais figurant dans l'acte\*\* :**
Time limits stated in the document\*\* :
QUINZE JOURS / 15 DAYS

~~**ACTE EXTRAJUDICIAIRE\*\***~~
~~EXTRAJUDICIAL DOCUMENT\*\*\*~~

~~**Nature et objet de l'acte :**~~
~~Nature and purpose of the document :~~
.......................................................................
.......................................................................

~~**Indication des délais figurant dans l'acte\*\* :**~~
~~Time and purpose in the document\*\* :~~

\* s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.
\* if appropriate, identity and adress of the person interested in the transmission of the document.
\*\* rayer les mentions inutiles
\*\* delete if inappropriate

**Identité et adresse du destinataire**
*Identity and address of the addressee*
---

> World Wrestling Entertainment Inc
> 1241 East Main Street
> 06902 Stamford, Connecticut
> (USA)

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ÉLÉ-MENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDI-CIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSUL-TATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES: .....

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: .....

---

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.*

---

COPIE(6996)

**S.E.L.A.R.L.**
**Eric PIQUET**
**Estelle MOLITOR**

Huissiers de Justice Associés

168 Rue de Grenelle
75345 PARIS Cedex 07

Tel 01 44 18 90 72
Fax. 01 44 18 05 06

# ACTE D'ATTESTATION DE TRANSMISSION DE DEMANDE DE SIGNIFICATION OU DE NOTIFICATION DANS UN AUTRE ETAT



Acte 10.11468 (Y6A)
Dossier 87 644 / / MR

Le LUNDI VINGT-HUIT JUIN DEUX MILLE DIX

Nous, Société d'Exercice Libéral à Responsabilité Limitée Eric PIQUET, Estelle MOLITOR, titulaire d'un office d'huissier de justice près le Tribunal de Grande Instance de Paris, y demeurant 168, rue de Grenelle, 75007 PARIS, soussigné par l'un d'eux,

**A LA DEMANDE DE :**

Société SUN CITY (CIE DND)
immatriculée au RCS Bobigny sous le n° 334692290, ayant son siège
25 avenue de Bois de la Pie - 93290 TREMBLAY EN FRANCE
agissant poursuites et diligences de son représentant légal domicilié à cet effet au dit siège social

Elisant domicile en notre Etude

Atteste avoir accompli, ce jour, les formalités prévues par la circulaire CIV20/50 du 01.02.2006 relatif à la signification et la notification internationale hors C.E. des actes judiciaires et extra judiciaires.

Atteste avoir adressé, ce jour 28/06/2010 , par courrier recommandé avec AR à:

PROCESS FORWARDING INTERNAT. (PFI)
PFI 633 Yesler way 98104 SEATTLE WA USA

- le formulaire prévue par ladite circulaire

- l'acte en double exemplaire de:

ASSIGNATION DEVANT LE TRIBUNAL DE GRANDE INSTANCE DE PARIS

Destiné à être signifié ou notifié à :

Société WORLD WRESTLING ENTERTAINMENT INC

Une copia du formulaire, ainsi que l'acte transmis et les pièces qui lui sont jointes, sont annexées au présent acte.

SOUS TOUTES RESERVES - DONT ACTE. COUT définitif détaillé de l'ACTE. La copie de cet acte comporte 92 Feuilles. Acte soumis à la Taxe For'aitaire.

DETAIL DU COUT DE L'ACTE

| | |
|---|---|
| Art. 6 : Droits fixes | 72.60 |
| Art. 18 : Frais de déplacement | 6.52 |
| Total Hors-Taxes | 79.12 |
| TVA au taux de 19.60 % | 15.51 |
| Art. 20 : Taxe forfaitaire | 9.15 |
| Art. 20 : Lettre Recommandée avec A.R. Etr | 34.00 |
| **COUT D'ACTE TOTAL T.T.C.** | **137.78** |



Eric PIQUET

```
SELARL PIQUET - MOLITOR
Huissiers de Justice Associés
168, rue de Grenelle
75007 PARIS
Tél. (33) 01.44.18.05.00
Fax (33) 01.44.18.05.06
```

A Messieurs les Président et Juges du
Tribunal de Grande Instance de Paris

## ASSIGNATION DEVANT LE TRIBUNAL
## DE GRANDE INSTANCE DE PARIS

L'AN DEUX MILLE DIX

ET LE   VINGT-HUIT JUIN

A LA DEMANDE DE

**La Société SUN CITY (CIE DND)**, société de droit français, ayant son siège social au 25, avenue de
Bois de la Pie, 93290 Tremblay en France, enregistrée au R.C.S. de Bobigny sous le numéro 334 692
290, sous le numéro, prise en la personne de son représentant légal,

*La demanderesse*

*Ayant pour avocat constitué et élisant domicile auprès de :*

Maître Randy Yaloz
3, rue de Saint Simon
75007 Paris France
Toque E 766

Maître

Huissier de Justice

Demeurant :

Nous, Société d'Exercice Libérale
A Responsabilité Limitée
Eric PIQUET  Estelle MOLITOR,
titulaire d'un office d'huissier de justice
près le Tribunal de Grand Instance de Paris,
y demeurant 168, rue de Grenelle, 75007 PARIS
Soussigné par l'un

A L'HONNEUR D'INFORMER

1) **SCEMAMA SNC**, société de droit français, sise 12, villa Compoint, 75017 Paris, enregistrée au R.C.S. de Paris sous le numéro 408 955 482 ;

2) **SCEMAMA INTERNATIONAL SARL**, société de droit français, sise 12, villa Compoint, 75017 Paris, enregistrée au R.C.S de Paris sous le numéro 441 961 737 ;

3) **WORLD WRESTLING ENTERTAINMENT, INC.**, société de droit américain immatriculée dans l'état du Delaware, sise 1241 East Main Street, Stamford, Connecticut 06902, Etats-Unis ;

4) **TVMANIA Gmbh**, société de droit allemand, sise Oststraße 14 DE-40764 Lagendfeld, Nordrhein-Westfalen, Allemagne ; et

5) **LAMALOLI GmbH**, société de droit allemand, sise Grandkaule 11, 53859 Niderkassel, Allemagne.

*Les Défenderesses*

Qu'un procès leur est intenté, pour les raisons ci-après exposées, devant le Tribunal de Grande Instance de Paris, 4 boulevard du Palais, 75001 Paris ;

Il leur est en outre rappelé, conformément aux articles 56, 644 et suivants, 752 et 755 du Code de Procédure Civile :

Que, dans un délai de quinze (15) jours, augmenté d'un délai de deux (2) mois pour les sociétés établies à l'étranger, à compter de la date du présent acte, les parties doivent constituer avocat pour se faire représenter devant ce Tribunal.

Qu'à défaut, elles s'exposent à ce qu'un jugement soit rendu contre elles sur les éléments fournis par leur(s) adversaire(s).

2

## OBJET DE LA DEMANDE

*La présente procédure à pour objet, d'une part, de voir condamner les défenderesses du fait de leurs actes de concurrence déloyale, de complicité de concurrence déloyale, de détournement de clientèle, de complicité de détournement de clientèle, de cloisonnement du marché français et communautaire des licences relatifs aux Produits Licenciés de la société World Wrestling Entertainment Inc. (ci-après « WWE ») et de complicité de cloisonnement du marché français et communautaire pour ces mêmes Produits.*

*D'autre part, la présente procédure a pour objet de voir obtenir la déchéance et/ou l'annulation des marques communautaires détenues par la société World Wrestling Entertainment, Inc. Désignées dans le Tableau des Marques Déposées Abusivement par la société World Wrestling Entertainment, Inc. (pièce n°38) et déposées systématiquement, de manière totalement abusive.*

## I. Faits et Procédure

> **RAPPEL DES PARTIES IMPLIQUEES DANS LA PRESENTE AFFAIRE DE CONCURRENCE DELOYALE ET DE CLOISONNEMENT ILLICITE DU MARCHE INTERIEUR DES PRODUITS TEXTILES DERIVES WWE, NOTAMMENT EN FRANCE**

**La société World Wrestling Entertainment, Inc.** (ci-après « WWE ») est une société américaine détenant tout un ensemble de droits de propriété intellectuelle, notamment de dizaines de marques communautaires, portant sur ses célèbres programmes télévisés de catch et sur les images et personnalités des catcheurs (*pièce n°1*). Elle confie dans le monde entier la gestion des droits des produits dérivés WWE à des agents de licence. En Europe, son principal agent est **la société CPLG** (*pièce n°32*). Pour l'ensemble des produits dérivés WWE vendus, la société WWE perçoit des redevances, généralement de l'ordre de 12% du prix de vente net des produits dérivés WWE. Son intérêt est donc de faire vendre les produits dérivés WWE le plus cher possible par ses partenaires.

La société WWE a conclu avec **la société allemande TVMania GmbH** (« TVMania ») un contrat de licence pour des produits textiles dérivés WWE, pour les territoires français et allemand notamment (*pièce n°3*). La société TVMania fait elle-même appel à des distributeurs, revendeurs et/ou agents commerciaux dans chaque pays européen pour écouler les produits WWE auprès de la grande distribution (Auchan, Cora, Carrefour, E.Leclerc, etc.), des grossistes et des détaillants locaux. Elle vend également les produits WWE sur internet via le site de la société allemande **Lamaloli GmbH** (« Lamaloli »), www.lamaloli.com.

En France, les sociétés TVMania et Lamaloli font appel à deux sociétés partenaires (agents commerciaux), **les sociétés Scemama SNC** (« Scemama ») et **Scemama International SARL** (« Scemama International »), qui exploitent les sites internet français www.lamaloli.fr (vente au grand public) et www.wholesale.lamaloli.fr (vente aux grossistes et détaillants textiles). En tant qu'agents commerciaux, elles vendent également les produits WWE directement auprès des grands distributeurs (E.Leclerc, Kiabi, Carrefour, Auchan, Cora) pour le compte de TVMania, et auprès des grossistes et détaillants du secteur textile pour le compte de Lamaloli.

3

La Demanderesse, **Sun City Cie-Dnd** (« Sun City ») est victime des agissements frauduleux et illicites concertés des sociétés WWE, TVMania, Lamaloli, Scemama et Scemama International. Sun City est en effet la concurrente directe de ces quatre sociétés, dont les deux dernières en France. Certains de ses principaux clients se trouvent être les mêmes que les leurs, à savoir les grands distributeurs Auchan, Carrefour, Cora, E.Leclerc, Gigastore, Kiabi, entre autres.

En effet, Sun City a acheté, au Portugal, des produits dérivés WWE à un licencié officiel de WWE, **la société portugaise J.F Ramos** (*pièce n°15*) pour les revendre en France à ses clients. Tous ces Produits dérivés WWE officiels ont été approuvés par WWE (*pièces n°14 et 15*) ; leurs ventes ont été déclarées par la société J.F. Ramos à WWE (*pièce n°16*) et des redevances de plus de 34.000 \$US lui ont été versées par J.F. Ramos (*pièces n°17 et 18*).

**Les Produits Dérivés WWE concernés par le présent litige étaient donc tous, sans exception, des Produits Approuvés et Officiels de WWE pour lesquels les redevances dues ont été versées à WWE.**

Or, les sociétés Scemama, Scemama International, Lamaloli, TVMania et WWE opèrent un contrôle illicite très strict du marché des produits officiels WWE en France. Elles ont mis en place un système de surveillance des ventes parallèles totalement illicite, contrôlant toutes les références de Produits officiels WWE vendues (*pièce n°34*), afin d'identifier les revendeurs concurrents et de les éliminer d'un territoire délimité (la France) par tous moyens.

Au cours de l'été 2009, elles ont appris par leur surveillance des magasins E.Leclerc et Kiabi que Sun City vendait des produits WWE officiels aux mêmes clients qu'elles. Elles ont alors décidé d'éradiquer Sun City du marché, recourant à des procédés illicites. Elles ont en effet mis en demeure les principaux clients de Sun City (*pièces n°22 à 26*) en accusant cette dernière de leur avoir vendu des Produits WWE contrefaisants et illicites.

Elles ont par la suite tenté de récupérer le marché de Sun City en proposant aux clientes de Sun City mises en demeure les mêmes produits textiles dérivés WWE.

La société Sun City s'est alors retrouvée contrainte de solliciter la mesure demandée afin de conserver la preuve de l'entente frauduleuse entre les sociétés Scemama, Scemama International, Lamaloli, TVMania et WWE visant à cloisonner dans le marché intérieur le marché des produits dérivés WWE et à exclure déloyalement leur concurrente Sun City.

4

Schéma Récapitulatif des Liens Entre les Parties Concernées par la Présente Affaire



5

ʎ

## 1. Présentation des Parties

### 1.1. Présentation des Défenderesses en Entente Illicite

#### 1.1.1. La société WORLD WRESTLING ENTERTAINMENT, INC.

La société **World Wrestling Entertainment, Inc.** (« **WWE** ») est une société de droit américain spécialisée dans la lutte sportive américaine, fréquemment désignée sous le nom de « catch ». Elle détient à ce titre de multiples marques relatives aux célèbres catcheurs qu'elle emploie, à ce sport et aux évènements le mettant en scène. Les combats qu'elle organise sont retransmis dans le monde entier et, notamment, dans la plupart des pays européens. L'ensemble des activités de WWE connaît un très grand succès, notamment auprès du public des jeunes adolescents (*pièce n°1*).

La société française **Copyright Promotions Licensing Group** (ci-après "CPLG") est l'agent de licence de la société WWE pour le Royaume-Uni, l'Espagne, le Portugal (« CPLG Portugal »), l'Allemagne, la France (« CPLG France ») et le Benelux (*pièce n°32*). WWE fait appel à elle pour gérer les droits relatifs aux Produits dérivés WWE en Europe.

La société WWE, avec l'aide de plusieurs complices, notamment les sociétés allemandes, TVMania GmbH et Lamaloli GmbH, et françaises, Scemama SNC et Scemama International SARL, ont mis en place au sein de l'Union européenne un système strict et coercitif d'octroi de licences, compartimenté par territoire ou pays, menaçant de résiliation et de demande de dommages intérêts tout licencié qui s'opposerait à ces restrictions territoriales et qui vendrait des produits à des professionnels hors du réseau territorial.

Ce système est très contrôlé dans chaque pays; les licenciés et partenaires de WWE sont en charge de surveiller dans toute l'Union européenne les distributeurs officiels de Produits WWE officiels et de dénoncer toute vente parallèle faite hors territoire d'origine (*voir notamment la pièce n°34*).

Ainsi, WWE a mandaté l'un de ses licenciés, la société TVMania GmbH et ses agents commerciaux, les sociétés Scemama et Scemama International, pour aller vérifier dans un magasin français de l'enseigne E.Leclerc, cliente de l'une des Demanderesses, la présence des Produits officiels WWE, objets du présent litige (*pièces n°31 et 34*). Les photographies prises à cette occasion par les partenaires françaises de TVMania GmbH, Scemama SNC et Scemama International SARL, portent chacune, en haut à gauche, la mention « WWE cross-boarding » (*pièce n°34*), ce qui démontre le contrôle des « ventes parallèles » par WWE et ses complices.

Or, les règles et jurisprudences communautaires et nationales relatives au libre-échange, à la libre circulation des marchandises et des biens et à la libre fixation des prix interdisent à quiconque d'entraver le commerce entre les Etats-membres de l'Union européenne par des restrictions territoriales, des contrôles directs ou indirects des prix pratiqués par les licenciés et toute autre manœuvre tendant à cloisonner illicitement le marché intérieur de l'Union européenne ou à fausser la libre concurrence.

Ces interdictions trouvent notamment leur fondement dans l'Article 3 du Traité constitutif de Rome, les Articles 81 à 84 du Traité instituant la Communauté européenne (Articles 101 à 109, selon la nouvelle codification du Traité de Lisbonne) et le Règlement Communautaire n°1/2003.

C'est ainsi en toute illégalité que la société WWE et ses complices obligent à une fixation artificiellement élevée des prix des produits dérivés WWE et que WWE s'assure ainsi du reversement de redevances plus élevées et de sommes exorbitantes à titre de minimums garantis.

En effet, WWE perçoit un pourcentage d'environ 12% des ventes nettes effectuées par ses licenciés (*pièce n°2*). Elle a donc tout intérêt à ce que les Produits WWE soient vendus le plus cher possible, puisque ses redevances seront d'autant plus importantes. Or, la fixation du prix étant interdite au sein de l'Union européenne pour les raisons susmentionnées, WWE ne peut exiger de ses licenciés qu'ils vendent les Produits WWE à un prix déterminé. WWE, ses agents et ses partenaires ont donc trouvé une solution totalement illicite pour contourner la législation en vigueur à cet égard.

En effet, une fois perçus les minima garantis versés par les nouveaux licenciés, WWE contrôle les prix pratiqués vis-à-vis du consommateur final (*pièce n°34*) et se débarrasse des licenciés qui ne vendent pas les Produits WWE assez cher et ne lui rapportent pas suffisamment de redevances en les dénonçant comme tiers contrefacteurs auprès de leurs clients, ce qui met un terme immédiatement aux activités du licencié gênant et l'écarte du marché sur le territoire ou pays concerné. Puis, elle envoie aux mêmes clients menacés ses nouveaux licenciés et/ou partenaires et ceux-ci leur proposent les mêmes Produits WWE à des prix plus élevés. C'est précisément ce qu'il s'est passé en l'espèce.

Ainsi, bien que WWE ne puisse empêcher légalement ses licenciés de vendre à certaines catégories de personnes en Europe ou les obliger à vendre les Produits WWE à un certain prix, WWE, ses licenciés et partenaires ont trouvé une alternative illégale mais très efficace leur permettant de servir leurs intérêts, entravant ainsi illicitement la liberté du commerce et la libre concurrence au sein de l'Union européenne.

Pour ce faire, WWE, TVMania GmbH et leurs partenaires allemande (Lamaloli) et françaises (Scernama et Scernama International) n'hésitent pas à ressortir à des manœuvres illégales comme la diffusion de fausses informations aux clients des sociétés concurrentes, l'atteinte à leur crédibilité, à leur réputation et le détournement consécutif ou simultané de la même clientèle (*voir les pièces n° 22 à 26*).

Ceci permet à la société WWE, à sa licenciée TVMania et à leurs différentes partenaires européennes de cloisonner le marché des Produits Licenciés WWE en s'assurant une exclusivité illicite sur la vente des Produits WWE officiels dans un territoire ou pays déterminé.

<u>WWE et ses complices s'assurent ainsi, pour la première, de recevoir des redevances plus importantes, et, pour les secondes, d'éliminer du marché des Produits dérivés WWE leurs concurrentes comme Sun City pour vendre ces mêmes Produits à des prix et marges très supérieurs.</u>

Ces différentes manipulations ont ainsi permis à la société WWE, à sa licenciée TVMania GmbH et à leurs complices européennes de bloquer totalement les commandes de produits dérivés WWE faites à leurs concurrentes telle que la société Sun City, société française qui achetait les Produits WWE officiels au licencié officiel portugais de WWE, J.F. Ramos.

Les différentes clientes de Sun City ont en effet reçu, <u>en décembre 2009</u>, des mises en demeure de la société WWE (*pièces n°22, 23, 24, 25 et 26*) accusant Sun City de leur avoir vendu des produits WWE contrefaisants, <u>alors que WWE et son agent connaissaient parfaitement la provenance tout à fait licite desdits Produits depuis le mois de juin 2009</u> (*pièces n°27, 28, 29, 31 et 34*).

Cette stratégie s'est montrée très efficace, puisque plusieurs des clientes de Sun City ont immédiatement gelé leurs commandes (*voir, entre autres, les pièces n°24 et 25*).

WWE, sa licenciée TVMania et ses partenaires obligent ainsi les importateurs comme la société Sun City à cesser d'approvisionner leurs clients dont la confiance est totalement perdue et les décrédibilisent totalement sur un marché économique restreint ultra compétitif comme celui de la France.

7

De cette manière, le système mis en place en Europe par la société WWE, sa licenciée TVMania et leurs partenaires Lamaloli GmbH, Scemama SNC et Scemama International SARL reste intact, leur permettant de cloisonner totalement le marché européen, de fixer les prix à leur convenance et d'empêcher quiconque d'acheter des Produits dérivés officiels WWE pour les revendre, menaçant tous les clients potentiels de poursuites en contrefaçon.

Or, les produits vendus par la société Sun City étaient des Produits Officiels WWE achetés à J.F. Ramos, licencié officiel de WWE. Les Produits litigieux ont été approuvés par WWE et J.F Ramos a versé des redevances à WWE pour chaque vente de ces Produits effectuées à Sun City *(Voir les factures établies par J.F Ramos à Sun City, pièce n°15, les approbation par WWE des mêmes références de Produits dérivés WWE vendus par la société J.F. Ramos à la société Sun City, pièce n°14, la déclaration de redevances correspondante faite à WWE, pièce n°16 et la preuve du paiement des redevances par la société J.F. Ramos à WWE, pièce n°16).*

Il s'avère que les manœuvres de la société WWE, de sa licenciée TVMania GmbH et de leurs partenaires allemande et françaises Lamaloli GmbH, Scemama SNC et Scemama International, sont totalement illégales et doivent être sanctionnées car elles ont causé un préjudice, tant matériel que moral, à la société Sun City, et celui-ci doit être réparé.

### 1.1.2.   La Société TVMania GmbH, Licenciée et Complice de WWE et ses Partenaires Lamaloli GmbH, Scemama SNC et Scemama International SARL

L'ensemble des manœuvres de la société WWE et de ses complices n'a eu pour but que de favoriser la société TVMania GmbH, licenciée de WWE pour l'Europe, et ses partenaires Lamaloli GmbH, Scemama SNC et Scemama International SARL, sur les marchés français et allemand.

Ainsi, WWE s'assurait de redevances plus élevées que celles versées par la société J.F. Ramos pour les mêmes Produits WWE et ses complices arrivaient à exclure *de facto* du marché français la société concurrente Sun City *(voir le tableau comparatif et ses justificatifs, pièce n°35).*

La société allemande TVMania GmbH est le principal fabricant européen et distributeur de produits dérivés de programmes télévisés. Elle produit et vend notamment, à des grossistes, des détaillants et des grands distributeurs, des produits textiles pour jeunes adolescents, tout comme la Demanderesse. TVMania GmbH fournit l'ensemble des pays européens, comptant pas moins de 7.500 points de vente en Europe *(voir les informations apparaissant sur son site Internet www.tvmania.de, pièce n°3).*

Parmi les clientes déclarées par la société TVMania GmbH en France se trouvent les sociétés 3suisses.fr, Gémo, La Halle, Auchan, Carrefour, E.Leclerc, Cora, Kiabi *(pièce n°3).* Ces cinq dernières sociétés se trouvent être également des clientes de la Demanderesse Sun City auxquelles cette dernière a vendu des produits dérivés WWE officiels.

TVMania est également l'une des complices de WWE dans la surveillance illicite des marchés européens des Produits dérivés WWE, comme le démontre les éléments versés aux débats.

Ainsi, le 24 juin 2009, WWE, par l'intermédiaire de son agent de licence instrumentalisé, informait la société KIABI, cliente de Sun City, de ce que TVMania les avait averti de ce que Sun City souhaitait vendre des Produits dérivés WWE à la société Kiabi *(voir la pièce n°31 reproduite ci-dessous).*

8



----Message d'origine----
De : Galani, Concetta (CPLG France) [mailto:cgalani@fr.cplg.com]
Envoyé : mercredi 24 juin 2009 16:24
À : Enf/ Resp.Coll/ E LEONLEFRANC
Cc : Walker, Ross
Objet : Offre WWE
Importance : Haute

Chère Madame,

Je prends contact avec vous car nous avons appris via notre licencié TVM que vous souhaitiez vous fournir auprès de la société Cie-Dnd pour ces pyjamas à l'effigie des Catcheurs de la WWE.

Etant donné que Cie DND ne détient pas de licence pour le marché français, nous avons besoin d'identifier le licencié auprès duquel il se fournit et avons besoin de vérifier que les modèles qui vous sont proposés sont approuvés et que le licencié en question a bien fait une demande auprès de l'ayant droit pour fournir une demande à l'export via un tiers distributeur.

C'est pourquoi nous souhaitons recevoir de votre part copie des visuels qui vous sont proposés.

Je me tiens à votre entière disposition pour tout complément d'information qui vous serait utile et je me permets aussi de copier l'ayant-droit de la WWE, Monsieur Ross Walker afin qu'il soit informé de notre échange.

Dans l'attente des informations demandées.
Bien sincèrement,

Concetta GALANI, Sales & Marketing Director
cgalani@fr.cplg.com, +33 1 44 09 17 61

*Email Reçu le 24 juin 2009 par la société KIABI, pièce n°31*

Ainsi, avec la complicité de sa licenciée TVMania, la société WWE a réussi à cloisonner le marché européen des Produits dérivés WWE, en toute illégalité et en recourant à des moyens frauduleux, comme le détournement de clientèle.

Dans ce but, TVMania a fait appel à ses partenaires, les sociétés allemande Lamaloli GmbH et françaises, Scemama SNC et Scemama International SARL, pour commercialiser les Produits dérivés WWE, notamment en France, afin de surveiller le marché français et d'en évincer Sun City quand l'occasion s'est présentée. Les liens entre ces quatre sociétés sont indiscutablement établis, comme le démontrent les éléments rappelés ci-dessous.

### 1.1.3.  La Société Lamaloli GmbH

#### A) La Société Lamaloli GmbH est Liée aux Sociétés Françaises Scemama SNC et Scemama International SARL

La société allemande Lamaloli GmbH, sise Lagendfeld, Rheinpromenade 6, 40789 Monheim, Allemagne, est dirigée par Monsieur Yaïr Agami, né le 27 mars 1970, demeurant en Israël (*voir les informations concernant Lamaloli GmbH, pièce n°8*). Elle vend des produits dérivés WWE dans toute l'Europe (*voir le catalogue Lamaloli 2010, pièce n°6.6*).

Lamaloli GmbH exploite le site internet www.lamaloli.com. Ce site renvoie directement au site internet français www.lamaloli.fr. Le déposant des deux noms de domaine est la même personne, Monsieur Yaïr Agami (*voir la copie de l'annuaire des noms de domaine pour ces deux sites, pièces n°6.1 et 6.2*).

Or, pour créer un compte grossiste sur le site www.lamaloli.fr, certains documents sont nécessaires et doivent être envoyés à « Caroline chez SCEMAMA- 12 Villa Compoint – 75017 Paris ».

9



*Email de confirmation de la société Lamaloli GmbH pour l'inscription sur son site internet français, http://www.lamaloli.fr renvoyant directement à la société Scemama en France, pièce n°7*

La personne à contacter indiquée est Madame Caroline ITTAH, responsable commerciale de Lamaloli GmbH (*pièce n°21*).

**Les liens entre la société Lamaloli GmbH et les sociétés françaises Scemama SNC et Scemama International sont donc indiscutablement établis.**

**B) La Société Lamaloli GmbH est liée à la Licenciée Allemande de WWE, TVMania GmbH**

Pour les achats en ligne de ses produits dérivés, la société TVMania GmbH a signé un accord exclusif de distribution avec la société Lamaloli GmbH et son propre site internet www.tvmania.de renvoie directement au site internet www.lamaloli.com (*pièce n°3*).



*Extrait du site internet de la société TVMania GmbH, Rubrique « Online Store », pièce n°3*

De plus, le même site internet de la société TVMania GmbH renvoie, comme adresse de contact en Allemagne, à celle de la société Lamaloli GMBH.



*Extrait du site internet de la société TVMania GmbH, Rubrique « Contact us », pièce n°3*

**Les liens entre la société Lamaloli GmbH et la licenciée de WWE pour l'Europe, TVMania GmbH, sont donc parfaitement établis.**

### 1.1.4.   La SNC Scemama

La SNC Scemama est une société française immatriculée au R.C.S. de Paris sous le numéro 408 955 482 (*pièce n°9*). Son siège social est sis 12, Villa Compoint, 75017 Paris.

Son activité est relative aux "*opérations d'entremises, commissionnement, courtage textile, habillement*". En d'autres termes, la SNC Scemama agit en tant qu'agent commercial des sociétés allemandes TVMania et Lamaloli sur le même marché que la société Sun City, puisqu'elle fournit notamment des produits textiles et d'habillement (dont WWE) à des professionnels.

La société Scemama fournit ainsi, via le site www.lamaloli.fr, le réseau des grands distributeurs, des détaillants et grossistes textiles français. Le site internet comporte même une rubrique "grossistes" renvoyant au site www.wholesale.lamaloli.fr (*voir pièce n°7*). Sun City, Demanderesse, constitue donc pour elle une concurrente directe.

11



*Publicité de la société Scemama pour le site internet www.lamaloli.fr parue dans le Journal du Textile du 09 février 2010, pièce n°33*

### 1.1.5.  La SARL Scemama International

**A) La SARL Scemama International est Totalement Liée à la SNC Scemama et à la Société Lamaloli GmbH**

Le seul et unique associé de la SNC Scemama est la SARL Scemama International, immatriculée au R.C.S. de Paris sous le numéro 441 961 737 et sise à la même adresse que la SNC Scemama au 12, Villa Compoint, 75017 Paris (*pièce n°20*).

Le site internet du Sentier du Textile, répertoriant les professionnels du textile en France, fait apparaître comme adresse en France pour la société Lamaloli GmbH le 12, Villa Compoint, 75017 Paris (*pièce n°21*), adresse qui se trouve être celle des sociétés Scemama SNC et de Scemama International SARL (*pièces n°9, 20 et 21*).

De plus, la responsable commerciale de la société Lamaloli GmbH, d'après le même site internet professionnel, est Madame Caroline ITTAH (*pièce n°21*).

12

**Les liens entre les sociétés WWE, Lamaloli GmbH, Scemama SNC et Scemama International sont totalement établis et expliquent leur complicité dans les actes de détournement de clientèle et de cloisonnement du marché des Produits WWE dans la présente affaire.**

Or, les statuts de la société Scemama International SARL, unique associé de la SNC Scemama, font apparaître que Monsieur Isaac ITTAH, né le 06 mai 1969 à Rabat, est associé fondateur et cessionnaire des parts sociales de cette société, dont le siège social est également le 12, Villa Compoint 75017 Paris (*pièce n°20*).

Il s'agit donc de trois entreprises, Lamaloli GmbH, Scemama SNC et Scemama International SARL créées et gérées par des membres d'une même famille et/ou des proches, ce qui justifie leur entente illicite pour évincer la société Sun City du marché des Produits WWE en France.

## B) La SARL Scemama International est Totalement Liée à la Licenciée de WWE, TVMania GmbH

La société Scemama International est liée à la licenciée de WWE, TVMania GmbH, puisque l'adresse email de contact de TVMania GmbH est gmarechal@scemama-int.com (*pièce n°5*).

De plus, le même site internet de la société TVMania GmbH renvoie, comme adresse de contact en France, à celle de la société Scemama International:



*Extrait du site internet de la société TVMania GmbH, Rubrique « Contact us », pièce n°3*

**Ainsi, les sociétés TVMania GmbH, Lamaloli GmbH, Scemama SNC et Scemama International SARL sont liées entre elles et complices d'actes de détournement de clientèle, de concurrence déloyale et de cloisonnement du marché intérieur pour les Produits dérivés WWE, notamment en France, dans leurs intérêts et ceux de la société WWE.**

13

1.1.6. La Licencié Officielle Portugaise de WWE, J.F. Ramos-Representaçoes Lda ("J.F. Ramos"), Vendeur des Produits Officiels Dérivés WWE Achetés par Sun City

La société portugaise J.F. Ramos est spécialisée dans la commercialisation et la distribution de produits textiles sous licence.

Elle détient depuis le 28 janvier 2009 une licence pour les produits textiles dérivés de la WWE pour 2009 et 2010 couvrant les vêtements WWE (t-shirts, sweat-shirts, pantalons, etc.) et les accessoires WWE (casquettes, chapeaux, bonnets, gants, etc.) (*Pièce n°2*).

Pour obtenir la licence pour le Portugal, la société J.F. Ramos a accepté de verser un Minimum Garanti de 17.500 US$ (soit 12.929,10€) sur deux ans à la société WWE, en deux versements annuels de 8.750 US$ chacun effectué auprès de la société CPLG, agent de WWE, pour le compte de cette dernière (*voir pièces n°2, 17 et 18*).

La société J.F. Ramos reverse également à l'agent de licence européen de WWE, la société CPLG, des redevances au taux de 12% des ventes réalisées pour le compte de WWE, et auxquelles s'impute le minimum garanti versé (*voir contrat, pièce n°2, déclarations des redevances, pièce n°16 et justificatif de paiement pour 2009, pièce n°18*).

Les revenus des licences WWE dans de nombreux pays européens sont gérés entièrement et directement par l'agent de licence, CPLG, (*pièce n°32*) qui reçoit donc les déclarations de redevances de la société J.F. Ramos pour le compte de WWE et perçoit les versements des redevances et minimum garantis dus sur son compte (*voir les pages 18 et 19 du contrat de licence entre les sociétés J.F. Ramos et WWE, pièce n°2, la facture envoyée par l'agent CPLG au licencié J.F. Ramos, pièce n° 17 et l'ordre de virement donné par J.F. Ramos à l'ordre de l'agent CPLG, pièce n°18*)).

A ce jour, la société J.F. Ramos n'a jamais été mise en cause par la société WWE ou toute autre société au titre des Produits Dérivés WWE (*voir l'attestation du représentant légal de J.F. Ramos, pièce n° 19*).

Les rapports entre la société J.F. Ramos et WWE ont même toujours été excellents, jusqu'à la présente affaire, la société J.F. Ramos ayant toujours été un licencié exemplaire.

La société J.F. Ramos soumet ses demandes d'approbation de produits dérivés WWE dans les temps, paie les factures qui lui sont envoyées, déclare tous les trimestres ses ventes et reverse 12% de redevances sur ces ventes réalisées (sur la base du prix H.T.) à WWE, par l'intermédiaire de son agent de licence CPLG.

Pour l'année 2009, la société J.F. Ramos ainsi reversé près de 40.000 US$ à la société CPLG pour le compte de la société WWE, entre la première fraction du minimum garanti et les redevances dues pour la vente des produits officiels licenciés WWE (*pièces n° 16, 17 et 18*).

Les redevances versées par la société J.F. Ramos à la société CPLG pour le compte de la société WWE pour l'année 2009 couvraient notamment les Produits litigieux WWE officiellement licenciés vendus par la société J.F. Ramos à la société Sun City.

Ainsi, concernant les Produits accusés d'être des contrefaçons par la société WWE:

1) La société J.F. Ramos a obtenu les approbations de la part de la société WWE pour les références de Produits licenciés officiels WWE (*pièce n°14*),

14

2) Ces **mêmes références** de Produits licenciés officiels WWE approuvés par WWE ont été ensuite vendues par la société J.F. Ramos à la société Sun City, conformément aux factures établies par J.F. Ramos faisant apparaître clairement ces **mêmes références** (*pièce n°15*),

3) Les **ventes** correspondant à ces Produits Licenciés Officiels WWE ont alors été **déclarées** fin 2009 par la société J.F. Ramos à WWE et à son agent CPLG dans une **déclaration de redevances comportant les mêmes références** de Produits (*pièce n°16*),

4) Le **paiement de 33.006,92 US$**, correspondant aux redevances dues, moins la première fraction du Minimum Garanti imputable, **a ensuite été effectué** par la société J.F. Ramos auprès de la société CPLG pour le compte de la société WWE (*pièce n°18*).

**La société WWE a donc reçu des redevances pour les Produits Dérivés Officiels achetés par la société Sun City et revendus par cette dernière à ses clientes françaises de la grande distribution, alors qu'elle-même a qualifié par la suite ces Produits Dérivés Officiels d'être des contrefaçons, accusant la société Sun City auprès de ses clientes d'actes illicites une fois ces Produits commercialisés en France (*pièces n°10, 22, 23, 24, 25, 26, 27 et 31*).**

**1.2.   Présentation de la Demanderesse, la société Sun City (Cie DND)**

La Société Sun City-CIE DND ("Sun City") est Importatrice Française de Produits Textiles Licenciés Officiels de la WWE Vendus par J.F. Ramos

La société française Sun City (*voir le K-Bis de Sun City, pièce n°4*), est, avec un chiffre d'affaire annuel entre 50 et 60 millions d'euros en 2008 et 2009 (pièce , réputée pour sa spécialisation dans l'importation, la commercialisation et la distribution de produits textiles dérivés qu'elle fourni aux acteurs principaux de la grande distribution textiles française (E.Leclerc, Agora, Kiabi, Carrefour, Cora, etc.) depuis de nombreuses années. Parmi les produits sous licence qu'elle commercialise se trouvent ceux de la célèbre marque Snoopy, dont les droits sont gérés par l'agent de licence CPLG, qui se trouve être également l'agent de licence de la société WWE.

Courant 2008, les clientes de la grande distribution de la société Sun City, marché représentant pour cette dernière plusieurs millions d'euros de chiffre d'affaires par an, lui ont fait savoir qu'elles recherchaient activement des produits dérivés WWE pour une mise sur le marché en 2009 et 2010 en France.

Désirant profiter de ce marché favorable en plein essor, la société Sun City est alors entrée en contact avec la société WWE et son agent CPLG afin d'obtenir un contrat de licence pour les produits textiles WWE dérivés pour les années 2009 et 2010 en France.

Au cours de ces négociations faites par l'intermédiaire de CPLG, la société Sun City a proposé à la société WWE de lui verser un minimum garanti extrêmement important de 80.000 €, ainsi que 12% de redevances sur les ventes effectuées.

Après de longues négociations, la société Sun City s'est vue refusée la licence par la société WWE et, finalement, les droits sur les produits textiles WWE sur le territoire français ont été octroyés par la société WWE et CPLG à la société allemande TVMania GmbH et à ses sociétés allemande et françaises partenaires, Lamaloli GmbH, Scemama SNC et Scemama International SARL (*voir les extraits du site internet de TVMania GmbH, pièce n°3, les extraits des sites internet www.lamaloli.fr et www.lamaloli.com, pièce n°6, le catalogue des produits WWE et les conditions de vente, pièce n° 7, l'extrait du Site du Sentier du Textile, pièce n°21 et la publicité parue dans le Journal du Textile du 09 février 2010, pièce n°33*).

15

Suite à ce refus catastrophique pour elle, la société Sun City n'a plus eu d'autre choix que de rechercher auprès de licenciés agréés par WWE dans l'Union européenne des produits textiles WWE susceptibles de satisfaire ses clientes de la grande distribution.

Cette situation était nettement moins avantageuse pour la société Sun City puisque sa marge allait être réduite d'autant par le prix d'achat des Produits Dérivés Officiels auprès des licenciés WWE, mais cela lui permettait au moins de rester un acteur réactif sur ce marché important en répondant à la demande de ses clientes, notamment de la grande distribution.

Les recherches intensives de la société Sun City au sein de l'Union européenne lui ont permis de découvrir la société J.F. Ramos, fournisseur portugais de Produits textiles licenciés officiels WWE. La société J.F. Ramos disposait de la capacité d'offrir aux clientes de la société Sun City une large gamme de produits, dans des quantités suffisantes, pour un prix attractif et dans des conditions satisfaisantes pour la société Sun City, en toute conformité avec les droits de la société WWE puisque J.F. Ramos disposait d'un contrat de licence pour ces Produits textiles Dérivés Officiels (*pièce n°2*).

Les sociétés Sun City et J.F. Ramos se sont alors entendues et la société J.F.Ramos a commencé à vendre à la société Sun City des Produits textiles licenciés officiels, approuvés par la société WWE et pour lesquels la société J.F. Ramos versait des redevances à la société WWE (*voir pièces n° 14, 15, 16, 17 et 18*).

La société Sun City revendait par la suite les Produits Licenciés Officiels à ses propres clientes de la grande distribution textile, comme les sociétés Carrefour, Kiabi, Galec (centrale d'achats pour la société E.Leclerc), Agora et Vetura.

Les ventes effectuées par la société Sun City à ses clientes étaient donc parfaitement légales puisque, en vertu de la libre circulation des marchandises et ce la liberté du commerce au sein de l'Union européenne, *elle était en droit d'acheter au Portugal des Produits dérivés officiels WWE à un licencié officiel européen WWE pour les revendre à ses propres clientes françaises.*

Cependant, par la suite, la société Sun City s'est retrouvée totalement décrédibilisée vis-à-vis de ses clientes, ces dernières ayant reçu des lettres recommandées officielles de mise en demeure de la part de la société WWE l'accusant de leur avoir vendu des contrefaçons de Produits WWE et les menaçant des poursuites.

La société Sun City, affaiblie par ses attaques et les sollicitations incessantes de ses clients à ce sujet, a alors découvert que ces manœuvres n'avaient eu d'autre but que de favoriser les partenaires allemandes et françaises de la société WWE, sa licenciée TVMania et leurs partenaires Lamaloli GmbH, Scemama SNC et Scemama International SARL.

Elle a en effet été informée de manière confidentielle par l'une de ses clientes mises en demeure que ces sociétés l'avaient contactée pour lui vendre des produits WWE identiques à ceux accusés d'être des contrefaçons à des prix plus élevés.

Le but de ces sociétés, complices d'actes de détournement de clientèle, concurrence déloyale et d'atteinte à la réputation de la société Sun City, était donc évident : usurper la clientèle de la société Sun City en accusant cette dernière de manière mensongère d'actes de contrefaçon, bien certaines que le bouche-à-oreille, sur un marché aussi restreint, ruinerait l'image et la notoriété de Sun City sans que la société WWE n'ait besoin d'aller en justice, ce que toute autre personne de bonne foi aurait fait sans attendre.

16

La complicité de la société WWE, de sa licenciée et de leurs partenaires se justifie par le fait que les redevances que reversent les quatre sociétés en entente illicite à WWE sont plus importantes que celles que reverse la société J.F. Ramos, qui pratique des prix plus bas que ceux des sociétés Lamaloli GmbH, Scemama SNC et Scemama International SARL pour les mêmes Produits (*voir le tableau comparatif, pièce n°35*).

En effet, les redevances perçues par WWE sont de l'ordre de 12% des ventes effectuées par ses licenciés. Plus les prix de vente pratiqués par les licenciés sont élevés, plus les redevances reversées à WWE sont importantes. L'intérêt pécuniaire de WWE en l'espèce est donc évident.

**Le but de la société WWE, de sa licenciée TVMania et de leurs partenaires Lamaloli GmbH, Scemama SNC et Scemama International SARL  est donc très clair : cloisonner le marché afin de percevoir des redevances et des commissions respectivement plus importantes pour la première et d'éradiquer toute concurrence pour les secondes afin de leur permettre de vendre les mêmes produits WWE à des prix et pour des marges plus élevés.**

Ces sociétés souhaitent évincer toute concurrence et cloisonner totalement le marché des Produits dérivés officiels WWE en France, en toute illégalité et en causant des préjudices extrêmement importants à la société Sun City, usant de manœuvres illicites et frauduleuses pour l'écarter du marché.

La demanderesse sollicite donc du Tribunal qu'il mette un terme à ces pratiques concertées illicites et qu'il ordonna la réparation du préjudice matériel et moral grave causé à la société Sun City par les défenderesses, les sociétés TVMania GmbH, Lamaloli GmbH, Scemama SNC, Scemama International et WWE.

## 2.  Circonstances du Litige et Procédure

Vendant les mêmes catégories de produits textiles WWE officiels aux mêmes réseaux de la grande distribution française, les sociétés Lamaloli GmbH, Scemama SNC et Scemama International SARL se trouvent donc être des concurrentes directes de la société Sun City laquelle a été contrainte de s'approvisionner en produits licenciés WWE officiels auprès de la société J.F.Ramos, elle-même licenciée officielle de la WWE (*pièce n°2*).

Cette situation de concurrence saine et normale aurait pu continuer puisque chacune des parties en présence y trouvait son compte et que la concurrence est la loi du marché.

Cependant, la présence de la société Sun City sur celui-ci n'a semble-t-il pas plu aux sociétés TVMania GmbH, Scemama SNC, Scemama International SARL, Lamaloli GmbH et WWE puisque tout a été entrepris par celles-ci pour évincer la société Sun City auprès de ses clientes de la grande distribution, lui faisant perdre un chiffre d'affaires de plusieurs millions d'euros et lui causant de graves préjudices en la décrédibilisant auprès de sa clientèle.

La société WWE, sa licenciée TVMania et leurs différentes partenaires allemande et françaises ont en effet organisé **un système très élaboré et controversé de surveillance** des grands points de vente de produits WWE afin d'établir la provenance de chaque article WWE et de réagir rapidement à l'encontre des autres sociétés qui oseraient intégrer légalement le marché des produits dérivés WWE.

En effet, WWE a mandaté ses licenciés et partenaires afin que ceux-ci dénoncent tout tiers qui vendrait des produits dérivés WWE sans accord direct avec WWE, allant à l'encontre de la libre circulation des marchandises au sein de l'Union européenne.

Pour ce faire, les agents et partenaires complices de WWE se sont rendus dans les grandes enseignes et ont pris en photographie tous les Produits dérivés WWE, étiquettes comprises, afin de vérifier leur provenance.

17

C'est de cette manière que le licencié officiel portugais J.F. Ramos a reçu par email, en <u>novembre 2009</u>, des photographies de produits officiels dérivés WWE vendus dans un magasin français de l'enseigne E.Leclerc, lui demandant des comptes (*pièce n°34*).

Or, en haut de chaque photographie figure la mention « WWE cross-boarding » qui démontre que ces fichiers photographiques font partie d'un dossier de « contrôle de ventes parallèles de WWE » relatif aux ventes des produits dérivés officiels d'un licencié déterminés effectuées en dehors de son territoire (*pièce n°34*).



*Copie de l'Une des Photographies Prises par la Complice de WWE au Magasin E.Leclerc de Touques, France, Accompagnant l'Email de CPLG Portugal, sur Laquelle Apparaît Très Nettement, en Haut à Gauche, la Mention « WWE cross boarding », pièce n°34*

Le contrôle exercé par WWE, ses agents et ses partenaires sur la commercialisation des Produits WWE officiels est donc évident.

Or, ce contrôle est illicite car il vise à établir des frontières artificielles entre les territoires et pays de l'Union européenne, alors que les marchandises peuvent y circuler librement.

Or, une fois que WWE, son agent TVMania et leurs partenaires ont eu la confirmation par les codes barres présents sur les Produits photographiés que ceux-ci étaient bien des produits WWE officiels dérivés vendus par J.F Ramos à Sun City, les sociétés TVMania GmbH, Scemama SNC, Scemama International SARL, Lamaloli GmbH et WWE se sont entendues pour faire croire aux clientes de la société Sun City que les produits officiels licenciés WWE que cette dernière leur avait vendus étaient des « <u>contrefaçons</u> ».

18

Les clientes de Sun City mises en demeure et menacées de poursuite ont alors gelé toutes leurs commandes de Produits WWE faites à Sun City (*voir notamment les pièces n°24 et 25*).

Il ne restait plus aux partenaires de WWE, « opportunément » informées de la situation et de la forte demande de produits WWE auprès de la clientèle de Sun City, qu'à prendre contact directement avec ces clients de Sun City en leur proposant les mêmes produits WWE officiels, avec l'aval de WWE, à des prix et pour des marges plus élevés.

Or, les Produits dérivés officiels vendus par Sun City à ses clientes françaises ont été achetés au licencié officiel portugais de WWE, la société J.F. Ramos, comme le démontrent les éléments indiscutables versés aux débats (*voir les pièces n° 14, 15, 16, 17 et 18*).

**Les accusations mensongères de WWE n'ont par ailleurs jamais été suivies d'actions judiciaires en contrefaçon** (*pièce n°19*), alors que tout ayant-droit de bonne foi aurait été en justice pour faire valoir ses droits.

Le seul but de cette entente entre les sociétés Scemama SNC, Scemama International SARL, Lamaloli GmbH, TVMania GmbH et WWE était donc de **détruire la confiance entre les distributeurs et leur fournisseur Sun City**, stratagème qui a malheureusement fonctionné extrêmement bien, puisque, à l'heure actuelle, les commandes de Produits Licenciés Officiels WWE passées auprès de la société Sun City par ses clientes sont **arrêtées** (*notamment les pièces n°24 et 25*).

En effet, de nombreuses clientes de la société Sun City ont totalement gelé leurs commandes, y compris celles en cours, et lui ont fait comprendre que, dorénavant, la société Sun City devrait fournir de multiples preuves de droits portant sur chaque produit qu'elle leur vendait, ralentissant considérablement les transactions qui, entre professionnels, sont habituellement très rapides car la réactivité au marché est une règle essentielle.

Cette crainte des grands distributeurs s'explique par les menaces qu'ils ont reçues de la part de la société WWE (*voir notamment les pièces n°25 et 26*).

**Le 07 décembre 2009**, le conseil de la société WWE mettait en demeure la société Sun City en l'accusant de vendre des produits contrefaisants plusieurs marques communautaires détenues par la société WWE ( "W", n°002732477, enregistrée le 20 juillet 2004, "WORLD WRESTLING ENTERTAINMENT" n°002731495 enregistrée le 10 février 2004, "REY MYSTERIO" n°003124435 enregistrée le 13 septembre 2009 et "UNDERTAKER" n°003124294 enregistrée le 20 octobre 2005) couvrant entre autre la classe n°25 correspondant aux vêtements (*pièce n°10*).

Dans cette lettre formelle, le conseil de la société WWE affirmait que les vêtements commercialisés par la société Sun City, revêtus des marques précitées, "*n'ont pas été mis sur le marché par la société World Wrestling Entertainment Inc. ou avec son consentement*" (*voir en page 2 de la lettre de mise en demeure, pièce n°10*).

Puis, plus loin, la même société exigeait que la société Sun City s'engage "*par écrit à cesser toute commercialisation d'articles revêtus des marques de notre cliente et à ne plus porter atteinte aux droits de la société World Wrestling Entertainment Inc., par conséquent, (...) ne plus acheter, distribuer, offrir à la vente et vendre des produits revêtus des marques de notre cliente lorsque ces produits ne sont pas fabriqués et commercialisés par la société World Wrestling Entertainment Inc. Ou ses licenciés*" (*p.2 et 3 de la lettre de mise en demeure, pièce n°10*).

19

Immédiatement, le 09 décembre 2009, la société Sun City a répondu au conseil de la société WWE, l'informant que les produits qu'elle avait commercialisés n'étaient pas des contrefaçons pour la bonne et simple raison qu'elle les avait achetés directement à un licencié officiel de la WWE, la société portugaise J.F. Ramos (*pièce n°11*).

En effet, les produits litigieux ont été achetés par la société Sun City à la société J.F. Ramos, licenciée officiel de la société WWE (*voir le contrat de licence entre les sociétés J.F. Ramos et WWE, pièce n° 2*).

Dans le même temps, la copie de cette lettre était envoyée à la société J.F. Ramos par la société Sun City, afin que la société J.F Ramos prenne contact directement avec WWE pour régulariser cette affaire (*pièce n°12*).

La société J.F. Ramos, extrêmement gênée des répercussions auprès de sa cliente Sun City, a immédiatement contacté la société WWE pour lui demander des explications, lui rappelant qu'elle lui avait versé régulièrement les redevances dues pour toutes les ventes de produits textiles WWE effectuées, incluant celles faites avec la société Sun City, objet du litige (*pièce n°13*).

Cependant, bien qu'ayant reçu la réponse de la société Sun City qui clarifiait totalement la situation et ne laissait planer aucun doute sur le fait que les produits qu'elle avait vendus à ses clientes françaises étaient des produits WWE officiels approuvés par WWE elle-même, cette dernière a tenté de détruire le marché de Sun City en mettant en demeure, pour certaines le jour même, les clientes les plus importantes de la société Sun City (*pièces n°22, 23, 24, 25 et 26*).

La société WWE a ainsi contacté les grands distributeurs qui vendaient les produits officiels litigieux en leur affirmant qu'il s'agissait de produits contrefaisants et en les menaçant de poursuites.

Les conséquences des mensonges et des accusations dilatoires de W.W.E ont été doublement lourdes pour la société Sun City.

D'une part, immédiatement après la réception des lettres de mise en demeure envoyées par WWE qui accusait les produits vendus par la société Sun City d'être des contrefaçons, les clientes de Sun City l'ont contacté immédiatement en l'informant que toutes les commandes passées et futures étaient désormais gelées (*voir notamment les pièces n° 24 et 25*).

La société Sun City a donc perdu un temps considérable à expliquer à chacune de ses clientes que les produits qu'elle leur avait vendus étaient bien des produits WWE officiels, et non des contrefaçons. Bien entendu, aucune de ses clientes n'a cru le dirigeant de la société Sun City sur parole, effrayé des menaces de poursuite de WWE.

Il a fallu que Sun City contacte son fournisseur officiel, la société J.F. Ramos, que celle-ci lui fasse parvenir tous les documents justifiant ses propres droits de licencié. Puis, un travail de recherche a été nécessaire pour réunir toutes les factures d'achat des Produits à Sun City (*pièce n°15*).

Pour tenter de conserver ses clientes mises en demeure par WWE, la société Sun City a dû déployer des trésors de persuasion et c'est uniquement parce que la société Sun City a toujours été irréprochable que ses clientes ont consenti à geler les commandes en attendant les justificatifs, au lieu de les annuler tout simplement (*pièce n°24*).

D'autre part, les activités de la société Sun City sont désormais définitivement ralenties avec ses clientes de la grande distribution, puisque désormais elle doit justifier de tous les droits attachés à chaque vente, ce qui constitue une gêne réelle et sérieuse dans un marché réactif où les transactions doivent être rapides et non formelles et fastidieuses (*pièces n° 22 et 23*).

20

Ainsi, le 07 décembre 2009, la société Vetura SA, cliente de la société Sun City, était mise en demeure par le conseil de la WWE, l'objet de la lettre étant "vente de produits contrefaisants les marques de la société World Wrestling Entertainment Inc." (pièce n°26).

Le 09 décembre 2009, la société Agora, très importante dans le marché de la grande distribution (incluant la célèbre enseigne Gigastore), réclamait de nombreux documents afin de continuer ses rapports commerciaux avec Sun City, suite à la mise en demeure envoyée par WWE qu'Agora avait reçu le 08 septembre 2009 (pièce n°23).

Cette demande de justificatif couvrait tous les produits sous licence vendus par Sun City à Agora: la confiance d'Agora envers la société Sun City a donc été totalement rompue du fait de la mise en demeure dilatoire et mensongère envoyée par WWE et les conséquences économiques et morales sont catastrophiques pour la société Sun City.

La même société Agora a également exigé de Sun City qu'elle lui fournisse "un courrier prenant l'entière responsabilité sur les produits livrés en 2009" (pièce n°9).

Au même moment, le 10 décembre 2009, la centrale d'achat du célèbre distributeur E.Leclerc faisait part à la société Sun City de son hésitation à maintenir son référencement des produits WWE pour l'hiver 2010, "aux vues des évènements et tourments entre votre société et la WWE" (pièce n°24).

Ceci était confirmé par une lettre recommandée officielle de la société E.Leclerc à la société Sun City le 14 décembre 2009 (pièce n°25).

De même, le 23 décembre 2009, la société KIABI, l'une des clientes principales de Sun City, demandait à cette dernière de lui fournir la copie de son contrat avec W.W.E "ayant eu des soucis sur h09 (la collection Hiver 2009) avec le licencié (WWE)" (pièce n°22).

**Or, la Société WWE et ses Partenaires Françaises savaient dès juin 2009 que les Produits dérivés WWE commercialisés par la société Sun City étaient les Produits dérivés officiels de J.F. Ramos licenciés et approuvés par WWE.**

En effet, le 24 juin 2009, la société WWE, via son agent instrumentalisé, informait la responsable des ventes de la société Kiabi qu'elle avait appris par son licencié TV Mania que Kiabi souhaitait se fournir auprès de la société CIE-DND (Sun City) pour des produits WWE (pièce n°31).

Cet email indiquait que "étant donné que Cie DND ne détient pas de licence pour le marché français, nous avons besoin d'identifier le licencié auprès duquel il se fournit et avons besoin de vérifier que les modèles qui vous sont proposés sont approuvés et que le licencié en question a bien fait une demande auprès de l'ayant droit (WWE) pour fournir une demande à l'export via un tiers détenteur" (pièce n°31).

Ainsi, la société WWE semait volontairement le trouble dans les relations entre la société Sun City et sa cliente Kiabi par le biais de TVMania et de ses partenaires françaises.

Or, tous les produits commercialisés par la société Sun City ont été approuvés par la société WWE elle-même (pièce n°14).

**Ces manœuvres, purement dilatoires et mensongères, constituent des actes de complicité de concurrence déloyale et de cloisonnement illicite du marché, dans le but de favoriser les sociétés françaises Scemama SNC, Scemama International SARL et allemandes TVMania GmbH et Lamaloli GmbH, au détriment de Sun City, privant illicitement cette dernière d'un chiffre d'affaires très important et ruinant sa réputation et son image auprès de sa clientèle.**

21

**Le 27 juillet 2009**, le Directeur des ventes internationales de WWE envoyait un email à Monsieur Benchetrit gérant de la société Sun City, afin d'obtenir des informations sur les ventes par Sun City de produits WWE (*pièce n°27*).

Dans cet email, WWE affirme laisser à la société Sun City le bénéfice du doute et "*suppose que ces produits vous ont été présentés comme étant des produits licenciés officiels, et le cas échéant, je présume que vous ne verrez pas d'objection à partager avec moi le nom de votre fournisseur*" (*pièce n°27*).

**Le 30 juillet 2009**, alors même qu'il était en congé, Monsieur Benchetrit a répondu immédiatement à WWE en expliquant qu'au cours de ses 25 dernières années d'activité, il n'avait jamais acheté de produits contrefaisants et que les produits litigieux étaient en réalité de produits officiels WWE achetés à un licencié officiel de WWE (*pièce n°28*).

Monsieur Benchetrit précisa également à WWE que la société Sun City restait par ailleurs ouverte à tout accord de licence avec WWE, ce qui lui aurait permis d'éviter les coûts d'achats intermédiaires des produits WWE au licencié officiel, coûts qui réduisaient d'autant la marge bénéficiaire de la société Sun City (*pièce n°28*).

Plus important encore, la société WWE a répondu à ces éclaircissements le **23 septembre 2009**, après les congés, en disant "apprécier votre réponse rapide et ce qu'elle contient" (*pièce n°29*).

**L'affaire aurait donc dû être close à cette date**, puisque WWE savait que la société Sun City n'était pas un contrefacteur et qu'elle achetait des produits WWE officiels à un licencié approuvé de WWE qu'elle se contentait de revendre à ses propres clientes françaises, conformément au droit communautaire et au principe de la liberté du commerce en Union européenne.

La surprise de la société Sun City a donc été totale lorsque la panique s'est emparée de ses clientes, suite aux mises en demeure simultanées qu'elles ont reçues de la part de la société WWE (*pièce n°10*)

Le **23 décembre 2009**, la société Sun City envoyait un ultime email à la société WWE afin qu'un accord amiable règle cette situation catastrophique (*pièce n°30*).

Sun City informait notamment WWE qu'elle savait qu'une société licenciée tierce, partenaire de WWE, qui avait "opportunément" pris connaissance des mises en demeure envoyées par la société WWE, avait profité de la situation pour contacter directement les clientes de la société Sun City (*pièce n°30*).

Il est donc apparu clairement à la société Sun City que l'envoi des mises en demeures dilatoires par la société WWE n'avait qu'un seul but: créer la panique auprès des clientes de la société Sun City, bloquer toutes ses commandes, geler ses activités et faire profiter ses partenaires européennes TVMania, Lamaloli, Scemama et Scemama International de la situation.

**La Société WWE et sa licenciée TVMania ont visiblement mis en place un système de cloisonnement du marché pour les Produits dérivés WWE en France, ce qui n'a pu se faire qu'avec l'aide de leurs partenaires Lamaloli, Scemama et Scemama International.**

Un système de surveillance des produits WWE en France existe (*pièce n°34*), organisé et géré par les partenaires européennes de WWE permet à WWE et à ses complices de cloisonner le marché, ce que le constat d'huissier sollicité par la présente confirmera sans aucun doute, en plus des éléments déjà versés aux débats.

22

La société Sun City a été contrainte de déposer la présente requête devant Monsieur le Président du Tribunal de Commerce de Paris afin de pouvoir sauvegarder les éléments de preuve des actes graves commis par les sociétés TVMania, Scemama SNC, Scemama International SARL, Lamaloli GmbH et WWE et afin de mettre un terme à ce système d'entente litigieux très organisé et très difficile à démasquer.

## II.   Discussion

### 2.1.   Les Défenderesses Se Sont Entendues pour Ecarter la Société Sun City du Marché et Détourner Sa Clientèle

### 2.1.1. La Société WWE a Illicitement Cloisonné le Marché Français et Européen des Produits Textiles Dérivés WWE en Violation du Droit de la Concurrence Français et Communautaire

Il est très clairement interdit en droit communautaire comme en droit français, notamment à l'article L.420-1 du Code de Commerce, d'établir un cloisonnement territorial absolu et d'interdire les ventes hors du territoire concédé à des acheteurs qui viendraient solliciter directement le distributeur (ventes dites "passives").

La décision n°2000-D-08 du 4 avril 2000 de l'Autorité Française de la Concurrence énonce le principe général:

*"un fournisseur recourant à un réseau de distributeurs auxquels il concède des territoires d'exclusivité ne saurait licitement interdire à ces distributeurs de répondre à des sollicitations de clients situés dans des zones géographiques autres que celles faisant l'objet de l'exclusivité dès lors qu'ils ne procèdent pas à une politique de vente active en dehors du territoire qui leur a été concédé".*

Or, en l'espèce, la société J.F.Ramos, distributeur officiel portugais des produits textiles dérivés WWE achetés par la demanderesse, n'a jamais démarché cette dernière ni mis en œuvre une quelconque politique de vente active à son égard. C'est la société Sun City, désireuse de répondre à la demande de ses propres clientes françaises, qui a sollicité le distributeur J.F.Ramos pour obtenir les produits WWE officiels revendus par la suite en France.

Ainsi, la société WWE ne pouvait interdire à son distributeur portugais de vendre les produits WWE dérivés à la demanderesse à la demande de cette dernière sans violer le droit français et communautaire en matière de libre concurrence.

De plus, le Règlement d'exemption communautaire n°2790/99 (JOCE L 336 du 29 décembre 1999, page 21) et les lignes directrices de la Commission européenne pour son interprétation (JOCE C 291 du 13 octobre 2000) contiennent la liste des dispositions contractuelles considérées comme étant inacceptables en droit communautaire en matière d'accords ou pratiques concertées verticaux.

Le Règlement d'exemption s'applique à tous accords ou pratiques concertées conclu entre des entreprises ne se situant pas au même niveau de la chaîne de production ou de distribution.

En l'espèce, le règlement d'exemption s'applique donc aux accords et pratiques concertées mis en œuvre entre WWE, en tant que concédant de licence, et à ses codéfenderesses, distributeurs des produits textiles dérivés WWE en France et en Europe.

De plus, la part de marché de WWE excède 30% étant donné qu'elle dispose exclusivement de l'intégralité des droits sur les produits dérivés WWE.

Le Règlement énumère les clauses "noires", interdites dans les contrats.

23

Ainsi, le fournisseur ne peut imposer un prix de revente à son distributeur, ce qui a pour conséquence qu'**il est interdit au fournisseur de fixer la marge bénéficiaire de l'acheteur**.

Or, c'est précisément ce qu'a fait la société WWE en pratique: elle tente de s'assurer un montant minimum obligatoire de redevance en contrôlant de manière illicite le prix auquel les produits textiles dérivés WWE sont vendus.

Or, l'Autorité de Concurrence a considéré qu'était:

"*contraire à l'article L.420-1 du Code de Commerce et non susceptible d'exemption une clause qui interdisait à des distributeurs la vente des produits concernés à d'autres distributeurs, dans le contexte d'un réseau qui ne relevait pas de la distribution sélective (Décision n°06-D-37 du 7 décembre 2006).*"

De plus, **la combinaison de plusieurs types de restrictions territoriales et de clientèle admissibles isolément peut avoir des effets restrictifs de concurrence excessifs et être contraires à l'article L.420-1 du Code de Commerce** (Décision n°04-D-67 du 1er décembre 2004).

En l'espèce, dans un contexte où la part de marché de WWE pour ses produits textiles dérivés excède 30%, la combinaison de la restriction imposée par WWE à J.F. Ramos quant à sa clientèle et l'exclusivité territoriale qu'elle prétend imposer sont susceptibles d'entraîner des restrictions à la concurrence entre les distributeurs de produits textiles dérivés WWE, contraires à l'article L. 420-1 du Code de Commerce.

La société WWE, en concertation et avec la complicité des co-défenderesses, se sont toutes donc rendues coupables avec ses de pratiques anticoncurrentielles concertées, dont un cloisonnement illicite du marché français et européen, une surveillance abusive et malicieuse des ventes de produits textiles WWE en France et à l'étranger, un détournement de clientèle par le biais de fausses accusations de contrefaçon auprès des clientes de la demanderesse puis d'une prise de contact dans le but de leur vendre les mêmes produits textiles dérivés WWE à des prix supérieurs.

Ces agissements illicites ont causé à la société Sun City des préjudices considérables, notamment la perte de toutes les commandes de produits WWE, tant pour les commandes déjà passées pour la saison Eté 2010 (janvier – juin 2010) (*voir notamment la pièce n°36*) que de celles de la saison Hiver 2010 (juillet – décembre 2010) et de l'Hiver 2009 (juillet – décembre 2009).

**2.1.2.  La société WWE et les co-défenderesses ont Ecarté la Société Sun City du Marché Français et Communautaire pour s'Assurer des Marges de Vente et des Redevances Maximales, en Violation des Dispositions Communautaires et Françaises Interdisant les Restrictions Tarifaires et les Pratiques Y Afférentes**

L'article 4 a) du Règlement n°2790/99 qualifie de restriction caractérisée "*la restriction ou la capacité du distributeur de déterminer son prix de vente, sans préjudice de la possibilité pour le fournisseur d'imposer un prix de vente maximal ou de recommander un prix de vente, à condition que ces derniers n'équivalent pas à un prix de vente fixe ou minimal sous l'effet de pressions exercées par l'une des parties ou de mesures d'incitation prises par elles*".

**Le fournisseur ne doit pas faire pression sur ses distributeurs ou prendre à leur encontre des mesures pratiques à l'encontre de ses distributeurs visant à fixer les prix** (Décision n°07-D-35 du 7 novembre 2007).

24

De plus, le Conseil de la concurrence a estimé qu'il suffisait d'une concurrence simplement potentielle entre un certain nombre (même très faible) de points de vente pour que l'infraction soit consommée (*Décision n°00-D10 du 11 avril 2000*).

Or, en l'espèce, la concurrence entre les distributeurs de WWE et la société Sun City, demanderesse, est plus que caractérisée: les sociétés Scemama SNC, Scemama International SARL, Lamaloli et TVMania ont les mêmes clientes de la grande distribution française que Sun City (*voir la liste des clientes françaises de TVMania sur son site internet, pièce n°3*).

Ces sociétés ont par ailleurs procédé à une surveillance des ventes de produits textiles WWE dans les enseignes de la grande distribution, comme Auchan, pour le compte de celle-ci.

Ainsi, l'email du 24 juin 2009 de l'agent de WWE à la société Kiabi démontrant que les codéfenderesses savaient que la société Sun City allait livré à la société Kiabi des produits textiles dérivés WWE (*pièce n°31*)

Plus accablant encore, l'email de l'agent portugais de WWE envoyé à la société J.F.Ramos accompagné de photographies de produits WWE prises dans le magasin E.Leclerc de Touques, en France, portant en haut à gauche la mention « WWE cross boarding », démontrant sans aucun doute la surveillance des ventes parallèles et le strict contrôle du marché par les codéfenderesses (*pièce n°34*).

Ces éléments démontrent sans aucune ambiguïté que les codéfenderesses se sont entendues pour contrôler le marché, fixer les prix de vente des produits WWE en éradiquant tout revendeur n'appartenant pas directement à leur réseau, et tout ceci illicitement, en n'hésitant pas à recourir à des pratiques abusives et dilatoires, accusant la société Sun City d'être un contrefacteur alors qu'elles savaient pertinemment que ce n'était pas le cas et que WWE avait même approuvé et touché des redevances pour les produits revendus par WWE.

Les préjudices subis par la société Sun City, tant matériels, du fait de l'arrêt de toutes les commandes passées par ses clientes, que moraux, du fait de l'atteinte à sa réputation, de la rupture totale de la confiance de ses clientes avec les conséquences que cela peut avoir au niveau de ses activités, sont donc considérables et doivent être réparés.

**2.1.3.   La société WWE et  les co-défenderesses ont, déloyalement par voie de dénigrement,  écarté la Société Sun City du Marché Français et Communautaire en accusant faussement la Société Sun City de vendre des prétendus Produits WWE de Contrefaçon qu'elle a achetés licitement auprès du licencié officiel de WWE, JF Ramos.**

Outre leurs agissements visant à cloisonner le marché et écarter la société Sun City du marché français et communautaire, les Défenderesses ont mis en place une stratégie de dénigrement de la société Sun City constitutive de concurrence déloyale.

Rappelons qu'aux termes de l'article Article L.120-1 du Code de la consommation:

> "*Les pratiques commerciales déloyales sont interdites. Une pratique commerciale est déloyale lorsqu'elle est contraire aux exigences de la diligence professionnelle et qu'elle altère, ou est susceptible d'altérer de manière substantielle, le comportement économique du consommateur normalement informé et raisonnablement attentif et avisé, à l'égard d'un bien ou d'un service.* "

La concurrence déloyale est une manifestation de la responsabilité civile délictuelle sanctionnée par les articles 1382 et 1383 du Code civil.

25

Le dénigrement constitutif de concurrence déloyale consiste à jeter le discrédit sur l'entreprise, la personnalité, les produits, les prix d'un concurrent. "Dénigrer", selon le dictionnaire d'Emile Littré, consiste à *"s'efforcer par ses discours de rendre noir, c'est-à-dire d'effacer la bonne opinion que les autres ont de quelqu'un, ou de dépriser la qualité d'une chose"*. En tout cas, le juge n'est pas tenu de rechercher si l'appréciation des mérites respectifs des produits ou des entreprises en cause est ou non exacte *(Cass. com., 19 juill. 1973 : D. 1973, p. 558)*.

Les critiques, les observations, les remarques, les railleries, les éreintements, en d'autres termes ces dénigrements ne sont pas condamnables au titre de la concurrence déloyale lorsqu'ils ne s'inscrivent pas dans un rapport de concurrence.

Il en va différemment, comme c'est le cas en l'espèce, lorsque la critique émane d'un concurrent même si elle est modérée *(Cass. com., 21 févr. 1967 : Bull. civ. 1967, III, n° 82)*.

La cible la plus courante du dénigrement consiste à critiquer les productions de la concurrence en mettant l'accent sur leurs prétendues piètres performances ou qualités ou encore sur les dangers que peut présenter leur utilisation. La jurisprudence fourmille d'exemples de ce type de critiques injustifiées ; et il importe de noter que l'acte de concurrence déloyale sera constitué alors même que ces critiques se révèleraient exactes. De ce fait, sera condamné pour concurrence déloyale celui qui critique le produit rival *(Cass. com., 15 mai 1997)*.

En l'espèce, la société WWE et les co-défenderesses ont mis en place une surveillance abusive et malicieuse des ventes de produits textiles WWE en France et à l'étranger, et sont parvenues à détourner la clientèle de Sun City par le biais de fausses accusations de contrefaçon auprès des clientes de la demanderesse puis d'une prise de contact dans le but de leur vendre les mêmes produits textiles dérivés WWE à des prix supérieurs.

En effet, WWE, TVMania GmbH et leurs partenaires allemande (Lamäloli) et françaises (Scemama et Scemama International) n'ont pas hésité à diffuser de fausses informations aux clients des sociétés concurrentes, atteignant ainsi à leur crédibilité et à leur réputation afin de détourner leur clientèle *(voir les pièces n° 22 à 26)*.

La société WWE, sa licenciée TVMania et leurs différentes partenaires européennes ont ainsi pu cloisonner le marché des Produits Licenciés WWE en s'assurant une exclusivité illicite sur la vente des Produits WWE officiels dans un territoire ou pays déterminé. WWE a en conséquence reçu des redevances plus importantes et ses complices ont pu éliminer du marché des Produits dérivés WWE leurs concurrentes comme Sun City pour vendre ces mêmes Produits à des prix et marges très supérieurs.

Ces différentes manipulations ont ainsi permis à la société WWE, à sa licenciée TVMania GmbH et à leurs complices européennes de bloquer totalement les commandes de produits dérivés WWE faites à leurs concurrentes telle que la société Sun City, société française qui achetait les Produits WWE officiels au licencié officiel portugais de WWE, J.F. Ramos.

**Les différentes clientes de Sun City ont en effet reçu, en décembre 2009, des mises en demeure de la société WWE (pièces n°22, 23, 24, 25 et 26) accusant Sun City de leur avoir vendu des produits WWE contrefaisants, alors que WWE et son agent connaissaient parfaitement la provenance tout à fait licite desdits Produits depuis le mois de juin 2009 (pièces n°27, 28, 29, 31 et 34).**

La conséquence de ces agissements constitutifs de dénigrement caractérisé a été directe et immédiate: plusieurs des clientes de Sun City ont immédiatement gelé leurs commandes *(voir, entre autres, les pièces n°24 et 25)*. WWE, sa licenciée TVMania et ses partenaires obligent ainsi les importateurs comme la société Sun City, totalement décrédibilisée, à cesser d'approvisionner leurs clients qui, menacés de poursuites en contrefaçon, ont totalement perdu confiance.

26

**Or, les produits vendus par la société Sun City étaient des Produits Officiels WWE achetés à J.F. Ramos, licencié officiel de WWE. Les Produits litigieux ont été approuvés par WWE et J.F Ramos a versé des redevances à WWE pour chaque vente de ces Produits effectuées à Sun City, ce qui confirme la licéité de ces produits** (*Voir les factures établies par J.F Ramos à Sun City, pièce n°15, les approbation par WWE des mêmes références de Produits dérivés WWE vendus par la société J.F. Ramos à la société Sun City, pièce n°14, la déclaration de redevances correspondante faite à WWE, pièce n°16 et la preuve du paiement des redevances par la société J.F. Ramos à WWE, pièce n°18*).

**Tous ces agissements constituent des dénigrements caractérisant la stratégie de concurrence déloyale mise en place par les Défenderesses au sens de l'article L120-1 du Code de la consommation, dont réparation sera sollicitée par la Demanderesse.**

### 2.2. Sur les Préjudices Subis par la Société Sun City du Fait des Actes Illicites des Défenderesses

### 2.2.1. Sur le Préjudice Matériel Grave Causé à la Société Sun City par les Défenderesses

La société Sun City a toujours eu d'excellentes relations avec ses clients, notamment ceux de la grande distribution, comme les sociétés Auchan, Carrefour, E.Leclerc, Agora et Kiabi.

De par des années de relations sans reproche, elle a réussi à gagner la confiance de ces clients exigeants, qui lui commandant des produits dérivés en très grande quantité, ce qui engendre un chiffre d'affaires très important.

Ainsi, la société Agora, qui gère la célèbre enseigne « Gigastore », a passé une commande de plus de 802.517€ de produits textiles dérivés WWE pour la collection Eté 2010 (janvier-juin 2010) le 16 novembre 2009 (*voir pièce n°36*).

Or, cette société a été mise en demeure par la défenderesse, WWE, le 08 décembre 2009 (*pièce n° 23*).

Le 09 décembre 2009, la société Agora contactait la société Sun City en urgence, en réponse à sa mise en demeure dilatoire et malicieuse par WWE, et lui réclamait de nombreux justificatifs relatifs aux produits vendus par la demanderesse. Cette demande de documents couvrait tous les produits sous licence vendus par la société Sun City à Agora : la confiance entre les deux sociétés s'est ainsi vue définitivement rompue du fait des accusations mensongères de la société WWE.

La même société a exigé également que la demanderesse lui fournisse un courrier « *prenant l'entière responsabilité sur les produits livrés en 2009* » (*voir la pièce n°9*).

Puis, la société Agora a totalement gelé ses commandes passées auprès de la société Sun City et n'a pas passé de nouvelles commandes, cessant toute relation avec la demanderesse alors qu'elle représentait à elle seule 9.32 % du chiffre d'affaires de la société Sun City.

La commande de produits dérivés WWE passée par Agora puis annulée du fait des agissements malicieux des défenderesses était de 802.517€ (*voir commande, pièce n°36*).

Cette commande de 802.517€ ne concernait que la collection Eté 2010. Son annulation constitue donc une partie importante des pertes considérables subies par la société Sun City.

De plus, cette commande devait être renouvelée pour la collection Hiver 2010 (juillet – décembre 2010), ce qui constitue une autre perte de 802.517€.

27

Ainsi, rien que pour la société Agora, le préjudice matériel causé à la société Sun City est évalué à 1.605.034€, correspondant à 9.32 % du chiffre d'affaires de la société Sun City.

**Le chiffre d'affaires total perdu par la société Sun City du fait des actes malfaisants des défenderesses est donc estimé à plus de 17.000.000 €, comme le détaille le tableau ci-dessous :**

**Pertes Subies Par la Société Sun City sur Son Chiffre d'Affaires pour les Produits Textiles Dérivés WWE du Fait des Agissements Illicites et Abusifs des Défenderesses**

| Enseignes Clientes de la Société Sun City pour les Produits Textiles Dérivés WWE A travers son Revendeur Exclusif de WWE la société JF Ramos | Perte de Chiffre d'Affaires Relative aux Produits Textiles Dérivés WWE sur l'Année 2010 (Saisons Eté 2010 et Hiver 2010) causée par les Agissements Délictueux des Défenderesses | % du Chiffre d'Affaires de la Société Sun City Correspondant à Chaque Enseigne |
|---|---|---|
| AGORA | 1 605 034 € | 9,32% |
| AUCHAN | 906 700 € | 5,26% |
| CARREFOUR | 1 243 229 € | 7,22% |
| CORA | 826 769 € | 3,64% |
| HAV-HAC | 436 539 € | 2,53% |
| CASINO | 428 137 € | 2,49% |
| KIABI | 437 543 € | 2,54% |
| LECLERC GALEC | 857 247 € | 4,98% |
| SYSTEME U | 285 927 € | 1,66% |
| DIVERS (multimarques & grossistes & autres clients ) | 10 394 505 € | 60,36% |
| TOTAL | 17 221 400€ | 100,00% |

Ainsi, en 2010, la société Sun City a subi une perte de 17 221 400€ qui doit être réparée. Les défenderesses seront en conséquence condamnées in solidum à lui verser à titre de provision cette somme dont la perte n'a été due qu'à leurs agissements frauduleux et malfaisants.

De plus, cette somme ne couvrant que les commandes perdues pour l'année 2010 (saison Eté 2010 et Hiver 2010), elle devra être complétée par la somme de 115.974€, correspondant à la perte du chiffre d'affaires relatif aux stocks restants non vendus des produits textiles dérivés WWE en fin d'année 2009 et couvrant la saison Hiver 2009.

## 2.2.2. Sur le Préjudice Moral et d'Image Causé à la Société Sun City par les Défenderesses

Du fait des agissements fautifs des défenderesses, et outre le préjudice matériel très lourd qui lui a été causé, la société Sun City a indéniablement subi un préjudice moral très important, puisque la confiance qu'elle avait mis des années à construire avec ses clientes, en particulier celles difficiles de la grande distribution française (Auchan, Agora, Carrefour, Kiabi), a été totalement brisée du fait des accusations mensongères de la société WWE et des agissements savamment orchestrés de ses complices (*voir notamment les pièces n°22, 23, 24, 25*).

28

Or, la société WWE savait depuis le 24 juin 2009 que la société Sun City avait l'intention de revendre en France les produits textiles dérivés WWE qu'elle avait acheté à la société portugaise J.F.Ramos.

En effet, dans un email de cette date, elle tentait, par l'intermédiaire de son agent, de dissuader la société Kiabi d'acheter les produits WWE à la société Sun City, semant volontairement le trouble dans les relations entre la société Sun City et sa cliente Kiabi au lieu de contacter Sun City directement (*pièce n°31*).

Puis, au cours de l'été 2009, des contacts directs entre les sociétés WWE et Sun City ont été établis et la situation était totalement limpide entre les deux sociétés (*pièces n°27, 28 et 29*).

Or, c'est malicieusement et dans un but de détourner la clientèle de la société Sun City que la société WWE et ses complices ont alors mis en place une stratégie de dénigrement et de fausses accusations à l'encontre de la société Sun City, affirmant auprès de ses clientes qu'elle leur avait vendu des contrefaçons et les mettant en demeure pour créer une situation de crise entre elles (*pièces n°22, 23, 24, 25, 26*).

Le Tribunal notera que les menaces et mises en demeure envoyées à la société Sun City et à ses clientes n'ont jamais été suivies d'actions judiciaires à l'encontre de la société JF Ramos, ce qui démontre qu'elles n'avaient qu'un but purement malicieux et abusif et qu'elles n'étaient absolument pas fondées.

Ces menaces artificielles ont en effet atteint leur unique but : faire perdre à la société Sun City la confiance de ses clientes de la grande distribution en particulier afin de récupérer par la suite cette clientèle frileuse.

La société WWE, avec l'aide de ses complices, les co-défenderesses TVMania, Lamaloli, Scemama et Scemama International, a donc utilisé abusivement les lettres de mise en demeure pour évincer la société Sun City, lui causant par la même un préjudice moral certain et immense. Plus de vingt-cinq années de confiance avec certaines de ses clientes ont ainsi été balayées par les agissements frauduleux des codéfenderesses.

En conséquence, le Tribunal condamnera in solidum les défenderesses à lui verser la somme 500.000€ au titre du préjudice moral et d'image qu'elle a subi.


### 2.3. Sur la Nullité et la Déchéance des Marques Désignées Détenues par la Société World Wrestling Entertainment, Inc., Déposées de Manière Automatique

Le Tribunal de Première Instance des Communautés Européennes (TPCE) a rappelé dans sa décision du 08 juillet 2008 « *Lancôme Perfums et Beauté / OHMI et CMS Sigle* » que la marque est un signe « *servant à distinguer des produits ou des services pour garantir au consommateur l'identité d'origine du produit* ».

Or, le TPCE a estimé qu'il n'était pas loisible pour un titulaire de marque de monopoliser des termes qui seront à terme non exploités dans le commerce, raison pour laquelle toute partie capable d'ester en justice peut solliciter l'annulation d'une marque communautaire, sans qu'il lui soit nécessaire de démontrer son intérêt à agir.

En l'espèce, la société WWE a enregistré pas moins de 291 marques communautaires, ce chiffre ne cessant de s'accroître puisque une vingtaine de « nouvelles » marques communautaires a été déposée par WWE depuis le 01 janvier 2010 seulement.

La nullité de chacune de ces 291 marques, telles que désignées dans le tableau ci-dessous par souci de clarté, est sollicitée, car chacune de ces marques est nulle au titre du Règlement sur la Marque Communautaire n° 40/94 du Conseil du 20 décembre 1993, soit parce que le signe choisi par WWE pour son

29

dépôt n'est absolument pas distinctif, soit parce que la marque enregistrée n'a pas été utilisée par WWE au cours des cinq dernières années et qu'elle est donc déchue.

En effet, WWE a déposé un nombre considérable des marques communautaires correspondant au nom de catcheurs, alors même que cela n'indique aucunement l'origine des produits, puisque tous ces noms renvoie à des personnalités différentes.

De plus, WWE a déposé de multiples marques communautaires représentant les noms des spectacles de catch qu'elle organise, qui ne peuvent en conséquent être utilisées qu'une saison de catch seulement puisque le nom des évènements change d'une saison sportive à l'autre. Ces marques n'ont vraisemblablement pas été utilisées au cours des cinq dernières années.

En outre, WWE a déposé de nombreuses marques communautaires composées de termes génériques d'usages courant, de langue anglaise ou française, noms communs, adjectifs qualificatif voire même de simples lettres de l'alphabet, alors même qu'elle ne peut prétendre empêcher tous les acteurs du marché, notamment du textile, d'utiliser ces mots ou lettres communes dans le commerce sans créer un monopole incommensurable et totalement illicite.

Ainsi, la nullité des 291 marques déposées par WWE et détaillées dans le tableau ci-dessous est sollicitée par la demanderesse, car ces dépôts ont été visiblement effectués de manière systématique par WWE, en dépit de la législation des marques qui visent à un objectif précis, non celui de créer des monopoles pour multinationales mais d'identifier clairement l'origine des produits et/ou services offerts au consommateur, dans l'intérêt unique de ce dernier.

### Tableau Récapitulatif des Marques Communautaires Déposées Abusivement par WWE

| N° | N° de Marque | Descriptif de la Marque | Nature | Classes | Date de Dépôt | Date d'Enregistrement | Date de Publication |
|---|---|---|---|---|---|---|---|
| 1 | 9124793 | WWE All Stars | verbale | 9,16,25,28,41 | 21/05/2010 | | |
| 2 | 9060633 | Heath Slater | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 3 | 9060691 | Daniel Bryan | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 4 | 9060716 | David Otunga | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 5 | 9060641 | Justin Gabriel | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 6 | 9060658 | Michael Tarver | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 7 | 9060708 | Darren Young | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 8 | 9060682 | Wade Barrett | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 9 | 9060674 | Skip Sheffield | verbale | 9,16,25,28,41 | 27/04/2010 | | |
| 10 | 3729552 | 4 Way Finale | verbale | 9,16,25,28,41 | 13/04/2010 | | |
| 11 | 8965451 | Wwe Tlc : Tables,Ledders, Chairs | verbale | 9,16,25,28,41 | 18/03/2010 | | |
| 12 | 8913766 | Wwe Over The Limit | verbale | 9,16,25,28,41 | 26/02/2010 | | 03/05/2010 |
| 13 | 8914285 | Money in the Bank | verbale | 9,16,25,28,41 | 26/02/2010 | | 03/05/2010 |
| 14 | 8914211 | Fatal For Way | verbale | 9,16,25,28,41 | 26/02/2010 | | 03/05/2010 |
| 15 | 8909772 | Wwe Brawl | verbale | 9,16,25,28,41 | 25/02/2010 | | 03/05/2010 |
| 16 | 8909806 | Nxt Rookie | verbale | 9,16,25,28,41 | 25/02/2010 | | 03/05/2010 |
| 17 | 8900797 | A-List | verbale | 9,16,25,28,41 | 22/02/2010 | | 26/04/2010 |
| 18 | 8870735 | W Nxt | figurative | 9,16,25,28,41 | 09/02/2010 | | 19/04/2010 |
| 19 | 8857369 | Wwe Nxt | verbale | 9,16,25,28,41 | 04/02/2010 | | 12/04/2010 |
| 20 | 8832248 | Nxt | verbale | 16,25,28,41,9 | 25/01/2010 | | 29/03/2010 |
| 21 | 3699228 | W | figurative | 14,16,18,20,24,26,27,28 | 16/12/2009 | | 22/01/210 |
| 22 | 3699010 | Smackdown | figurative | 14,16,18,20,24,26,27,28 | 16/12/2009 | | 22/01/2010 |
| 23 | 3699229 | Raw | figurative | 14,16,18,20,24,26,27,28 | 16/12/2009 | | 22/01/2010 |
| 24 | 3699005 | WWE | figurative | 14,16,18,20,24,27,28 | 16/12/2009 | | 22/01/2010 |

30

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25 | 3699227 | Wrestlemania | figurative | 14,16,18,20,24,26,27,28 | 16/12/2009 | | 22/01/2010 |
| 26 | 3698940 | World Wrestling Entertainment | figurative | 14,16,18,20,24,26,27,28 | 15/12/2009 | | 22/01/2010 |
| 27 | 8755191 | Wrestlemania | verbale | 14,18,20,24,26,27 | 14/12/2009 | | 08/03/2010 |
| 28 | 8755064 | Wwe | verbale | 14,18,20,24,26,27 | 14/12/2009 | | 22/02/2010 |
| 29 | 8755035 | W | figurative | 14,18,20,24,26,27 | 14/12/2009 | | 01/03/2010 |
| 30 | 8755118 | Raw | verbale | 14,18,20,24,26,27 | 14/12/2009 | | 22/02/2010 |
| 31 | 8755167 | World Wrestling Entertainment | verbale | 14,18,20,24,26,27 | 14/12/2009 | | 08/03/2010 |
| 32 | 8755101 | Smackdown | verbale | 14,18,20,24,26,27 | 14/12/2009 | | 08/03/2010 |
| 33 | 8601999 | Elimination Chamber | verbale | 16,25,28,41,9 | 08/10/2009 | 07/04/2010 | 21/12/2009 |
| 34 | 8436503 | Dolph Ziggler | verbale | 16,25,28,41,9 | 20/07/2009 | 25/01/2010 | 21/09/2009 |
| 35 | 8422453 | Wwe Bragging Rights | verbale | 16,25,28,41,9 | 13/07/2009 | 25/01/2010 | 14/09/2009 |
| 36 | 8416315 | Delicious | verbale | 16,25,28,41,9 | 09/07/2009 | | 21/09/2009 opposition le 21/12/2009 |
| 37 | 8416331 | Slam Master J | verbale | 16,25,28,41,9 | 09/07/2009 | 25/01/2010 | 21/09/2009 |
| 38 | 8398241 | Annihilation | verbale | 16,25,28,41,9 | 01/07/2009 | 25/01/2010 | 14/09/2009 |
| 39 | 8398174 | Hell in a Cell | verbale | 16,25,28,41,9 | 01/07/2009 | 25/01/2010 | 14/09/2009 |
| 40 | 8370124 | Immune 2 Fear | verbale | 16,25,28,41,9 | 17/06/2009 | 15/01/2010 | 31/08/2009 |
| 41 | 8323024 | Wwe Breaking Point | verbale | 16,25,28,41,9 | 27/05/2009 | 15/12/2009 | 10/08/2009 |
| 42 | 8300113 | The Bash | verbale | 16,25,28,41,9 | 14/05/2009 | 09/02/2009 | 03/08/2009 |
| 43 | 8130346 | Jack Swagger | verbale | 16,25,28,41,9 | 02/03/2009 | 16/11/2009 | 05/07/2009 |
| 44 | 7551451 | WWE Extreme Rules | verbale | 16,25,28,41,9 | 28/01/2009 | 16/11/2009 | 19/06/2009 |
| 45 | 7439706 | WWE Superstars | verbale | 16,25,28,41,9 | 05/12/2008 | 22/06/2009 | 02/02/2009 |
| 46 | 7386816 | Tough Enough | verbale | 16,25,28,41,9 | 12/11/2008 | | |
| 47 | 7014301 | Ring Things | verbale | 16,25,28,41,9 | 24/06/2008 | 20/02/2009 | 29/09/2008 |
| 48 | 6875256 | Night of Champions | verbale | 16,25,28,41,9 | 29/04/2008 | | 11/01/2010 |
| 49 | 6875331 | One Night Stand | verbale | 16,25,28,41,9 | 29/04/2008 | 14/07/2008 | 14/07/2008 |
| 50 | 6782619 | Tope Rope | verbale | 16,24,25,28,9 | 26/03/2008 | 17/11/2008 | 09/063/2008 |
| 51 | 6681373 | Pressing Catch | verbale | 16,25,28,41,9 | 19/02/2008 | | |
| 52 | 6669113 | WWEDH | figurative | 16,25,28,41,9 | 14/02/2008 | 19/01/2009 | 14/07/2008 |
| 53 | 6589279 | ECW | figurative | 16,25,28,41,9 | 21/01/2008 | 24/11/2008 | 23/06/2008 |
| 54 | 6588545 | WW Kids | figurative | 16,25,28,41,9 | 21/01/2008 | 24/11/2008 | 23/06/2008 |
| 55 | 6588404 | WWE The Ultimate Thrill Ride | verbale | 16,25,28,41,9 | 21/01/2008 | 24/11/2008 | 23/06/2008 |
| 56 | 6402994 | Mick Foley | verbale | 16,25,28,41,9 | 30/10/2007 | 14/04/2008 | 14/04/2008 |
| 57 | 6403018 | Cactus Jack | verbale | 41 | 30/10/2007 | 14/04/2008 | 14/04/2008 |
| 58 | 6402911 | Dh Smith | verbale | 16,25,28,41,9 | 30/10/2007 | 14/04/2008 | 14/04/2008 |
| 59 | 6403125 | Dude Love | verbale | 16,25,28,41,9 | 30/10/2007 | 14/04/2008 | 14/04/2008 |
| 60 | 6403095 | Mankind | verbale | 16,25,28,41,9 | 30/10/2007 | 14/04/2008 | 14/04/2008 |
| 61 | 6375431 | Magazine | verbale | 16,28,41 | 18/10/2007 | 17/03/2008 | 17/03/2008 |
| 62 | 6375521 | Jayden Jeter | verbale | 16,25,28,41,9 | 18/10/2007 | 10/03/2010 | 10/03/2010 |
| 63 | 6374011 | Austin 3:16 | verbale | 16,25,28,41,9 | 17/10/2007 | 10/03/2010 | 10/03/2010 |
| 64 | 6373997 | What? | verbale | 16,25,28,41,9 | 17/10/2007 | 03/03/2008 | 03/03/2008 |
| 65 | 6373948 | Legend Killer | verbale | 16,25,28,41,9 | 17/10/2007 | 03/03/2008 | 03/03/2008 |
| 66 | 6373864 | Festus Dalton | verbale | 16,25,28,41,9 | 17/10/2007 | 03/03/2008 | 03/03/2008 |
| 67 | 6373898 | Jesse Dalton | verbale | 16,25,28,41,9 | 16/10/2007 | 17/03/2008 | 17/03/2008 |
| 68 | 6368658 | Glamzon | verbale | 16,25,28,41,9 | 17/10/2007 | 03/03/2008 | 03/03/2008 |
| 69 | 6331656 | Extrem Expose | verbale | 16,25,28,41,9 | 03/10/2007 | 19/01/2009 | 14/07/2008 |
| 70 | 6326491 | Brett Major | verbale | 16,25,28,41,9 | 02/10/2007 | 17/03/2008 | 17/03/2008 |
| 71 | 6326482 | The Animal | verbale | 16,25,28,41,9 | 02/10/2007 | 15/12/2008 | 26/05/2008 |
| 72 | 6326516 | Brian Major | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 73 | 6326524 | Brooke | verbale | 16,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 opposition le 30/06/2008 |
| 74 | 6326383 | Cody Rhodes | verbale | 16,25,28,41,9 | 02/10/2007 | 17/03/2008 | 17/03/2008 |
| 75 | 6326326 | Word Life | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 76 | 6326342 | Big Daddy V | verbale | 16,25,28,41,9 | 02/10/2007 | 04/08/2008 | 04/08/2008 |
| 77 | 6326243 | Vince MacMahon | verbale | 16,25,28,41,9 | 02/10/2007 | 19/01/2009 | 04/08/2008 |
| 78 | 6326649 | Kevin Thorn | verbale | 16,25,28,41,9 | 02/10/2007 | 07/04/2008 | 07/04/2008 |
| 79 | 6326839 | Michael Cole | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |

| 80 | 6326868 | Cherry | verbale | 16,25,28,41,9 | 02/10/2007 | 02/10/2007 | 10/03/2008 opposition le 10/05/2008 |
|---|---|---|---|---|---|---|---|
| 81 | 6325641 | Melina | verbale | 16,25,28,41,9 | 02/10/2007 | 02/10/2007 | 07/04/2008 opposition le 07/07/2008 |
| 82 | 6327324 | D-Generation X | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 |
| 83 | 6326862 | HBK | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 |
| 84 | 6326698 | Maryse | verbale | 16,25,28,41,9 | 02/10/2007 | 19/01/2009 | 14/07/2008 |
| 85 | 6325146 | Thornswoggle | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 86 | 6325633 | Linda McMahon | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 opposition le 04/06/2008 |
| 87 | 6325708 | MVP | verbale | 16,25,28,41,9 | 02/10/2007 | 02/10/2007 | 10/03/2008 opposition le 05/06/2008 |
| 88 | 6325674 | MNM | verbale | 16,25,28,41,9 | 02/10/2007 | 19/01/2009 | 04/08/2008 |
| 89 | 6325691 | Montel Vontavious Porter | verbale | 16,25,28,41,9 | 02/10/2007 | 03/11/2008 | 02/06/2008 |
| 90 | 6325773 | Robbie Mcallister | verbale | 16,25,28,41,9 | 02/10/2007 | 17/03/2008 | 17/03/2008 |
| 91 | 6325799 | Rory Mcallister | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 |
| 92 | 6325617 | Lilan Garcia | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 |
| 93 | 6325203 | John Morrison | verbale | 16,25,28,41,9 | 02/10/2007 | 15/12/2008 | 26/05/2008 |
| 94 | 6325187 | Jerry "the king" Lawler | verbale | 16,25,28,41,9 | 02/10/2007 | 07/04/2008 | 07/04/2008 |
| 95 | 6325591 | King of Kings | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 96 | 6326235 | Vickie Guerrero | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 opposition le 06/06/2008 |
| 97 | 6326003 | Stone Cold | verbale | 16,25,28,41,9 | 02/10/2007 | 17/03/2008 | 17/03/2008 |
| 98 | 6326151 | Theodore Long | verbale | 16,25,28,41,9 | 02/10/2007 | 10/03/2008 | 10/03/2008 |
| 99 | 6326168 | Tazz | verbale | 16,25,28,41,9 | 02/10/2007 | 02/10/2007 | 14/07/2008 opposition le 14/10/2008 |
| 100 | 6326136 | The Masterlock | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 101 | 6326227 | Todd Grisham | verbale | 16,25,28,41,9 | 02/10/2007 | 24/11/2008 | 23/06/2008 |
| 102 | 6325906 | Santino Marella | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 103 | 6325997 | Steve Austin | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 104 | 6325922 | Shane o Mac | verbale | 16,25,28,41,9 | 02/10/2007 | 15/12/2008 | 26/05/2008 |
| 105 | 6325914 | Shane Mc Mahon | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 106 | 6325969 | Sthephanie Mac Mahon | verbale | 16,25,28,41,9 | 02/10/2007 | 31/03/2008 | 31/03/2008 |
| 107 | 6326631 | Joey Styles | verbale | 16,41,9 | 02/10/2007 | 02/10/2007 | 10/03/2008 |
| 108 | 6326334 | Beth Phoenix | verbale | 16,25,28,41,9 | 02/10/2007 | 26/05/2008 | 26/05/2008 opposition le 25/08/2008 |
| 109 | 6319776 | Hunter Hearst Helmsley | verbale | 16,25,28,41,9 | 28/09/2007 | 10/03/2008 | 10/03/2008 |
| 110 | 6315824 | Extreme Championship Wrestling | verbale | 16,25,28,41,9 | 27/09/2007 | 10/03/2008 | 10/03/2008 |
| 111 | 6315642 | Cyber Sunday | verbale | 16,25,28,41,9 | 27/09/2007 | 17/03/2008 | 17/03/2008 |
| 112 | 6305239 | Nature Boy | verbale | 25,28,9 | 24/09/2007 | 18/02/2008 | 18/02/2008 opposition le 19/05/2008 |
| 113 | 6284061 | WWE Magazine | verbale | 16,28,41 | 17/09/2007 | 18/02/2008 | 18/02/2008 |
| 114 | 5803499 | Lance Cade | verbale | 16,25,28,41 | 02/04/2007 | 18/02/2008 | 18/02/2008 |
| 115 | 5803291 | Kenny Dykstra | verbale | 16,25,28,41 | 02/04/2007 | 12/11/2007 | 12/11/2007 |
| 116 | 5803242 | Johnny Nitro | verbale | 16,25,28,41 | 02/04/2007 | 07/04/2008 | 29/10/2007 |
| 117 | 5803564 | Trevor Murdoch | verbale | 16,25,28,41 | 02/04/2007 | 12/11/2007 | 12/11/2007 |
| 118 | 5804571 | Hardcore Holly | verbale | 16,25,28,41 | 02/04/2007 | 14/01/2008 | 14/01/2008 |

| 119 | 5804695 | Snitsky | verbale | 16,25,28,41 | 02/04/2007 | 28/04/2008 | 26/11/2007 |
|-----|---------|---------|---------|-------------|------------|------------|------------|
| 120 | 5803234 | Chris Masters | verbale | 16,25,28,41 | 02/04/2007 | 07/04/2008 | 29/10/2007 |
| 121 | 5803184 | Umaga | verbale | 16,25,28,41 | 02/04/2007 | 12/11/2007 | 12/11/2007 |
| 122 | 5803135 | Candice Michelle | verbale | 16,25,28,41 | 02/04/2007 | 07/04/2008 | 29/10/2007 |
| 123 | 5803226 | Great Khali | verbale | 16,25,28,41 | 02/04/2007 | 17/03/2008 | 08/10/2007 |
| 124 | 5803119 | Maria | verbale | 16,25,28,41 | 02/04/2007 | 02/04/2007 | 29/10/2007 |
| 125 | 5805411 | King Booker | verbale | 16,25,28,41 | 02/04/2007 | 20/08/2007 | 20/08/2007 |
| 126 | 5805569 | Charlie Haas | verbale | 16,25,28,41 | 02/04/2007 | 07/04/2008 | 05/11/2007 |
| 127 | 5805551 | Gregory Helms | verbale | 16,25,28,41 | 02/04/2007 | 31/03/2008 | 29/10/2007 |
| 128 | 5804539 | Layla | verbale | 16,25,28,41 | 02/04/2007 | 01/10/2007 | 01/10/2007 opposition le 21/12/2007 |
| 129 | 5804802 | Marcus Cor Von | verbale | 16,25,28,41 | 02/04/2007 | 17/03/2008 | 08/10/2007 |
| 130 | 5805221 | Mike Knoxx | verbale | 16,25,28,41 | 02/04/2007 | 17/03/2008 | 29/10/2007 |
| 131 | 5804976 | Elijah Burke | verbale | 16,25,28,41 | 02/04/2007 | 07/04/2008 | 05/11/2007 |
| 132 | 5804851 | Matt Striker | verbale | 16,25,28,41 | 02/04/2007 | 10/03/2008 | 08/10/2007 |
| 133 | 5805023 | Sylvan | verbale | 16,25,28,41 | 02/04/2007 | 24/12/2007 | 24/12/2007 |
| 134 | 5804406 | Kelly Kelly | verbale | 16,25,28,41 | 02/04/2007 | 02/04/2007 | 29/10/2007 opposition le 28/01/2008 |
| 135 | 5800974 | Paul London | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 08/10/2007 |
| 136 | 5800751 | Boogeyman | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 08/10/2007 |
| 137 | 5800958 | Cryme Tyme JTG | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 08/10/2007 |
| 138 | 5800941 | Cryme Tyme Shad | verbale | 16,25,28,41 | 30/03/2007 | 11/02/2008 | 27/08/2007 |
| 139 | 5800743 | Val Venis | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 01/10/2007 |
| 140 | 5800561 | Matt Hardy | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 141 | 5801071 | Highlander Robbie | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 01/10/2007 |
| 142 | 5801139 | Highlander Rory | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 01/10/2007 |
| 143 | 5801238 | Hacksaw Jim Duggan | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 144 | 5801221 | Jimmy Wang Yang | verbale | 16,25,28,41 | 30/03/2007 | 31/03/2008 | 29/10/2007 |
| 145 | 5801121 | Brian Kendrick | verbale | 16,25,28,41 | 30/03/2007 | 31/03/2008 | 29/10/2007 |
| 146 | 5801535 | Ron Simmons | verbale | 16,25,28,41 | 30/03/2007 | 07/04/2008 | 29/10/2007 |
| 147 | 5800362 | David Taylor | verbale | 16,25,28,41 | 30/03/2007 | 03/03/2008 | 01/10/2007 |
| 148 | 6799796 | Deuce | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 149 | 6800073 | William Regal | verbale | 16,25,28,41 | 30/03/2007 | 03/03/2008 | 01/10/2007 |
| 150 | 5799961 | Domino | verbale | 16,25,28,41 | 30/03/2007 | 30/03/2007 | 08/10/2007 opposition le 02/01/2008 |
| 151 | 5800545 | Victoria | verbale | 16,25,28,41 | 30/03/2007 | 30/03/2007 | 01/10/2007 |
| 152 | 5800537 | Shannon Moore | verbale | 16,25,28,41 | 30/03/2007 | 03/03/2008 | 01/10/2007 |
| 153 | 6800537 | Daivari | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 154 | 5800371 | Jeff Hardy | verbale | 16,25,28,41 | 30/03/2007 | 07/04/2008 | 29/10/2007 |
| 155 | 5800511 | Super Crazy | verbale | 16,25,28,41 | 30/03/2007 | 07/04/2009 | 05/11/2007 |
| 156 | 5800495 | Viscera | verbale | 16,25,28,41 | 30/03/2007 | 31/03/2008 | 29/10/2007 |
| 157 | 5800412 | Jamie Noble | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 158 | 5801601 | Scotty 2 Hotty | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 08/10/2007 |
| 159 | 5802087 | Jillian | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 08/10/2007 |
| 160 | 5802253 | Mr. Kennedy | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 161 | 5802103 | Sharmell | verbale | 16,25,28,41 | 30/03/2007 | 31/03/2008 | 29/10/2007 |
| 162 | 5802269 | Michelle Mccool | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 08/10/2007 |
| 163 | 5802351 | Bobby Lashley | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 29/10/2007 |
| 164 | 5802368 | Finlay | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 165 | 5802004 | Kristal | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 08/10/2007 |
| 166 | 5801949 | Ashley | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 08/10/2007 |
| 167 | 5801667 | Flash Funk | verbale | 16,25,28,41 | 30/03/2007 | 30/03/2007 | 12/11/2007 opposition le 24/01/2008 |
| 168 | 5801915 | Henry Godwin | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 01/10/2007 |
| 169 | 5801972 | Chuck Palumbo | verbale | 16,25,28,41 | 30/03/2007 | 08/10/2007 | 17/03/2008 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 170 | 5801543 | Funaki | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 171 | 5802525 | The Sandman | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 172 | 5802558 | Little Guido | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 08/10/2007 |
| 173 | 5802533 | Balls Mahoney | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 174 | 5802541 | Stevie Richards | verbale | 16,25,28,41 | 30/03/2007 | 12/11/2007 | 12/11/2007 |
| 175 | 5801592 | Mickie James | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 08/10/2007 |
| 176 | 5802426 | Sabu | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 29/10/2007 |
| 177 | 5802491 | Tommy Dreamer | verbale | 16,25,28,41 | 30/03/2007 | 17/03/2008 | 29/10/2007 |
| 178 | 5802467 | Cm Punk | verbale | 16,25,28,41 | 30/03/2007 | 03/03/2008 | 01/10/2007 |
| 179 | 5802459 | The Miz | verbale | 16,25,28,41 | 30/03/2007 | 03/03/2008 | 01/10/2007 |
| 180 | 5802434 | Mark Henry | verbale | 16,25,28,41 | 30/03/2007 | 10/03/2008 | 01/10/2007 |
| 181 | 5802434 | Chavo Guerrero | verbale | 16,25,28,41 | 30/03/2007 | 30/03/2007 | 29/10/2007 opposition le 22/01/2008 |
| 182 | 5723853 | The 10th Ring | verbale | 16,25,28,41 | 28/02/2007 | 01/10/2007 | 01/10/2007 |
| 183 | 5423835 | December to Dismember | verbale | 16,25,28,41 | 27/10/2006 | 27/10/2006 | 13/08/2007 |
| 184 | 5419064 | Power up and Play | verbale | 16,25,28,41 | 26/10/2006 | 28/05/2007 | 28/05/2007 opposition le 11/07/2007 |
| 185 | 5135199 | A New Breed Unleashed | verbale | 16,25,28,41 | 14/06/2006 | 10/09/2007 | 26/02/2007 |
| 186 | 5133368 | ECW | verbale | 16,25,28,41 | 13/06/2006 | 10/09/2007 | 26/02/2007 |
| 187 | 4090131 | Triple H | verbale | 16,25,28,41 | 22/10/2004 | 20/06/2005 | 20/06/2005 |
| 188 | 4090122 | Stacy Kleiber | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 189 | 4090098 | Lita | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/08/2005 opposition le 13/09/2005 |
| 190 | 4090081 | Eugene | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 191 | 4090064 | Shelton Benjamin | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 192 | 4090148 | HHH | verbale | 16,28 | 22/10/2004 | 20/06/2005 | 20/06/2005 |
| 193 | 4091559 | Carlito Caribbean Cool | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/08/2005 opposition le 29/08/2005 |
| 194 | 4090841 | John Bradshaw Layfield | verbale | 16,25,28,41 | 22/10/2004 | 27/06/2005 | 27/06/2005 |
| 195 | 4091575 | Bad Blood | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 196 | 4090056 | Edge | verbale | 16,25,28,41 | 22/10/2004 | 20/06/2005 | 20/06/2005 opposition le 20/09/2005 |
| 197 | 4090023 | Shawn Michaels | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 198 | 4089983 | Batista | verbale | 16,25,28,41 | 22/10/2004 | 21/08/2006 | 30/01/2006 |
| 199 | 4091591 | Vengeance | verbale | 16,25,28,41 | 22/10/2004 | 08/08/2005 | 08/08/2005 |
| 200 | 4091757 | JBL | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/08/2005 opposition la 13/09/2005 |
| 201 | 4091732 | Luther Reigns | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/08/2005 |
| 202 | 4091741 | Rene Dupree | verbale | 16,25,28,41 | 22/10/2004 | 13/08/2005 | 13/06/2005 |
| 203 | 4091724 | Mark Jinddrak | verbale | 16,25,28,41 | 22/10/2004 | 20/06/2005 | 20/06/2005 |
| 204 | 4089967 | Big Show | verbale | 16,25,28,41 | 22/10/2004 | 27/06/2005 | 27/06/2005 |
| 205 | 4089959 | Eddie Guerrero | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 206 | 4089975 | Christian | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 207 | 4090007 | Ric Flair | verbale | 16,25,28,41 | 22/10/2004 | 04/07/2005 | 04/07/2005 |
| 208 | 4090031 | Randy Orton | verbale | 16,25,28,41 | 22/10/2004 | 11/07/2005 | 11/07/2005 |
| 209 | 4091716 | Heidenreich | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 210 | 4091773 | Torrie Wilson | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 211 | 4091807 | The Game | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/08/2005 opposition le 13/06/2006 |
| 212 | 4091823 | The Marine | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 213 | 4091781 | John Cena | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |

34

| 214 | 4091583 | Royal Rumble | verbale | 25,28 | 22/10/2004 | 20/06/2005 | 20/06/2005 |
|---|---|---|---|---|---|---|---|
| 215 | 4091633 | Taboo Tuesday | verbale | 18,25,28,41 | 22/10/2004 | | 13/06/2005 opposition 13/09/2005 |
| 216 | 4091617 | New Years Revolution | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 217 | 4091625 | Summerslam | verbale | 25,28 | 22/10/2004 | 20/06/2005 | 20/06/2005 |
| 218 | 4091609 | Survivor Series | verbale | 25,28 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 219 | 4091674 | Bubba Ray Dudley | verbale | 16,25,28,41 | 22/10/2004 | 13/08/2005 | 13/06/2005 |
| 220 | 4091658 | Dudley Boyz | verbale | 16,25,28,41 | 22/10/2004 | 13/06/2005 | 13/06/2005 |
| 221 | 4091666 | D-von Dudley | verbale | 18,25,28,41 | 22/10/2004 | 20/06/2005 | 20/06/2005 |
| 222 | 4091815 | Evolution | verbale | 16,25,28,41 | 22/10/2004 | 18/07/2005 | 18/07/2005 opposition le 27/09/2005 |
| 223 | 3209947 | Chris Benoit | verbale | 16,25,28,41 | 29/05/2003 | 19/04/2004 | 19/04/2004 |
| 224 | 3202959 | Booker T | verbale | 16,25,28,41 | 29/05/2003 | 03/05/2004 | 03/05/2004 opposition le 14/07/2004 |
| 225 | 3209970 | Trish Stratus | verbale | 16,25,28,41 | 29/05/2003 | 16/05/2005 | 26/07/2004 |
| 226 | 3190899 | Raw | verbale | 16,25,28,41 | 16/05/2003 | 16/05/2003 | 08/11/2004 opposition le 13/01/2005 |
| 227 | 3182581 | Smackdown | verbale | 16,25,28,41 | 16/05/2003 | 23/02/2004 | 23/02/2004 |
| 228 | 3124682 | Big Poppa Pump | verbale | 16,25,28,41 | 03/04/2003 | 26/01/2004 | 26/01/2004 |
| 229 | 3124435 | Rey Mysterio | verbale | 16,25,28,41 | 03/04/2003 | 15/03/2004 | 15/03/2004 |
| 230 | 3124765 | Rob Van Dam | verbale | 16,25,28,41 | 03/04/2003 | 15/03/2004 | 15/03/2004 |
| 231 | 3124708 | The Hurricane | verbale | 16,25,28,41 | 03/04/2003 | 26/01/2004 | 26/01/2004 opposition le: 11/02/2004 |
| 232 | 3124419 | Kane | verbale | 16,41,9 | 03/04/2003 | 26/01/2004 | 26/01/2004 opposition le 26/04/2004 |
| 233 | 3124427 | Chris Jericho | verbale | 16,25,28,41,9 | 03/04/2003 | 26/01/2004 | 26/01/2004 |
| 234 | 3124203 | Kurt Angle | verbale | 16,25,28,41,9 | 03/04/2003 | 26/01/2004 | 26/01/2004 |
| 235 | 3124757 | Rvd | verbale | 16,28,41,9 | 03/04/2003 | 03/04/2003 | 02/01/2006 opposition le: 31/03/2006 |
| 236 | 3124294 | Undertaker | verbale | 16,25,28,41,9 | 03/04/2003 | 04/04/2005 | 04/04/2005 |
| 237 | 2862993 | Velocity | verbale | 41 | 22/08/2002 | 22/12/2003 | 05/05/2003 |
| 238 | 2862985 | Bttomline | verbale | 41 | 22/08/2002 | 22/12/2003 | 05/05/2003 |
| 239 | 2863009 | Afterburn | verbale | 41 | 22/08/2002 | 26/04/2004 | 26/04/2004 |
| 240 | 2731834 | World Wrestling Entertainment | figurative | 16,25,28,41,9 | 11/06/2002 | 12/04/2004 | 11/08/2003 |
| 241 | 2731495 | World Wrestling Entertainment | verbale | 16,25,28,41,9 | 11/06/2002 | 26/06/2003 | 26/06/2003 |
| 242 | 2732477 | W | figurative | 16,25,28,41,9 | 11/06/2002 | 28/04/2003 | 28/04/2003 opposition le: 28/07/2003 |
| 243 | 2732493 | WWE | verbale | 16,25,28,41,9 | 11/06/2002 | 03/05/2004 | 28/07/2003 |
| 244 | 2638831 | Insurrextion | verbale | 16,41,9 | 02/04/2002 | 05/04/2004 | 21/07/2003 |
| 245 | 2638997 | Rebellion | verbale | 16,41,9 | 02/04/2002 | 05/04/2004 | 07/07/2003 |
| 246 | 2421105 | Excess | verbale | 16,28,41 | 22/10/2001 | 11/08/2003 | 23/12/2002 |
| 247 | 2420891 | King of the Ring | verbale | 16,41,9 | 22/10/2001 | 15/12/2003 | 19/05/2003 |
| 248 | 2420925 | Smackdown | verbale | 16,28,41,9 | 22/10/2001 | 02/12/2002 | 02/12/2002 |
| 249 | 2420941 | Royal Rumble | verbale | 16,41,9 | 22/10/2001 | 16/02/2004 | 16/02/2004 |
| 250 | 2420990 | Livewire | verbale | 16,28,41 | 22/10/2001 | 11/08/2003 | 23/12/2002 |
| 251 | 2420933 | Summerslam | verbale | 16,41,9 | 22/10/2001 | 15/09/2003 | 10/02/2003 |
| 252 | 2420917 | Survivor Series | verbale | 16,41,9 | 22/10/2001 | 21/10/2002 | 21/10/2002 |
| 253 | 2420875 | Heat | verbale | 16,28,41 | 22/10/2001 | 27/01/2003 | 27/01/2003 opposition le: 25/04/2003 |
| 254 | 2238319 | Chyna | verbale | 16,28,41,9 | 30/05/2001 | 15/07/2002 | 15/07/2002 opposition le: |

| | | | | | | | 04/09/2002 |
|---|---|---|---|---|---|---|---|
| 255 | 2168334 | Smack Down records | figurative | 25,9 | 06/04/2001 | 07/01/2002 | 07/01/2002 |
| 256 | 1868207 | HHH | verbale | 41,9 | 21/09/2000 | 23/04/2001 | 23/04/2001 opposition le: 23/01/2001 |
| 257 | 1768464 | HHH | figurative | 25,41,9 | 21/07/2000 | 23/04/2001 | 23/04/2001 opposition le: 19/07/2001 |
| 258 | 1731132 | Titantron | verbale | 16,41,9 | 29/06/2006 | 05/03/2001 | 05/03/2001 opposition le: 05/06/2001 |
| 259 | 1730894 | Triple H | verbale | 25,41,9 | 29/06/2006 | 19/02/2001 | 19/02/2001 |
| 260 | 1731165 | Layeth the smacketh Down | verbale | 25,41,9 | 29/06/2006 | 26/02/2001 | 26/02/2001 |
| 261 | 1730134 | The Rock. | verbale | 16,25,28,41,9 | 28/06/2006 | 12/02/2001 | 12/02/2001 |
| 262 | 1730027 | Hardy Boyz | verbale | 25,41,9 | 28/06/2006 | 05/02/2001 | 05/02/2001 |
| 263 | 1730019 | Mr.Macmahon | verbale | 16,25,28,41,9 | 28/06/2006 | 12/02/2001 | 12/02/2001 |
| 264 | 1730100 | Mean Street Posse | verbale | 25,41,9 | 28/06/2006 | 23/04/2001 | 23/04/2001 |
| 265 | 1728997 | Bad Ass Big Gun | verbale | 25,41,9 | 28/06/2006 | 02/04/2001 | 02/04/2001 |
| 266 | 1728922 | Edge | verbale | 41,9 | 28/06/2006 | 02/04/2001 | 02/04/2001 opposition le: 02/07/2001 |
| 267 | 1730068 | Road Dogg | verbale | 16,41,9 | 28/06/2006 | 02/04/2001 | 02/04/2001 |
| 268 | 1648666 | Backlash | verbale | 16,25,28,41,9 | 10/05/2000 | 05/02/2001 | 05/02/2001 opposition le: 03/05/2003 |
| 269 | 1648724 | Un'orgiven | verbale | 16,25,28,41,9 | 10/05/2000 | 05/02/2001 | 05/02/2001 |
| 270 | 1648880 | Judgment Day | verbale | 16,25,28,41,9 | 10/05/2000 | 29/01/2001 | 29/01/2001 |
| 271 | 1648914 | Fully Loaded | verbale | 16,25,28,41,9 | 10/05/2000 | 05/02/2001 | 05/02/2001 |
| 272 | 1648823 | No Mercy | verbale | 16,25,28,41,9 | 10/05/2000 | 18/12/2000 | 18/12/2000 |
| 273 | 1648856 | Armageddon | verbale | 16,25,28,41,9 | 10/05/2000 | 05/02/2001 | 05/02/2001 opposition le: 04/05/2001 |
| 274 | 1648815 | No Way Out | verbale | 25,41 | 10/05/2000 | 12/02/2001 | 12/02/2001 opposition le: 11/05/2001 |
| 275 | 1170505 | Sable | verbale | 25,41 | 12/05/1999 | 08/01/2001 | 25/04/2000 |
| 276 | 1170521 | Stone Cold Steve Austin | verbale | 25,41 | 12/05/1999 | 25/09/2000 | 17/01/2000 |
| 277 | 1170497 | Dx | verbale | 25,41 | 12/05/1999 | 25/09/2000 | 10/01/2000 |
| 278 | 627810 | Sunny | verbale | 41 | 05/09/1997 | 19/04/1999 | 27/07/1998 |
| 279 | 627828 | Vader | verbale | 41 | 05/09/1997 | 19/04/1999 | 27/07/1998 |
| 280 | 97667310 | Slammy | verbale | 41 | 06/03/1997 | | 11/04/1997 |
| 281 | 96648006 | King Of The Ring | verbale | 41 | 25/10/1996 | | 29/11/1996 |
| 282 | 96641627 | Diesel | verbale | 41 | 13/09/1996 | | 18/10/1996 |
| 283 | 255760 | Raw | verbale | 41 | 01/05/1996 | 31/08/1998 | 22/12/1997 |
| 284 | 190470 | World Wrestling Entertainment | verbale | 16,25,28,41,9 | 01/04/1996 | 18/01/1999 | 25/05/1998 |
| 285 | 190512 | WF | figurative | 16,25,28,41,9 | 01/04/1996 | 18/01/1999 | 25/05/1998 |
| 286 | 190462 | Doink | verbale | 16,25,28,41,9 | 01/04/1996 | 11/01/1999 | 25/05/1998 |
| 287 | 190496 | Wrestlemania | verbale | 16,25,28,41,9 | 01/04/1996 | 09/03/1998 | 09/03/1998 |
| 288 | 95583774 | Royal Rumble | verbale | 16,25,28,41,9 | 04/08/1995 | | 08/09/1995 |
| 289 | 93465773 | Wrestlemania | verbale | 16,25,28,41,9 | 26/04/1993 | | 11/06/1993 |
| 290 | 92401854 | WWF | figurative | 16,25,28,41,9 | 20/01/1992 | | 06/03/1992 |
| 291 | 1743848 | The World Wrestling Federation | verbale | 41 | 07/11/1991 | | |

Pour l'ensemble des raisons susmentionnées, les marques communautaires précisées dans le tableau ci-dessus seront donc annulées par le Tribunal de Grande Instance de Paris, car elles n'ont été déposées que

36

dans le but de constituer de manière abusive et systématique des monopoles injustifiés sur des noms ou des termes d'usage courant.

### 2.4.  Sur les Mesures Complémentaires d'Expertise suite aux Opérations de Constat du 17 juin 2010

Par ordonnance en date du 25 mai 2010 (*pièce 39*), le Président du Tribunal de Commerce de Paris a autorisé la société Sun-City, à procéder à des opérations de constat mettant en évidence les actes litigieux reprochés aux sociétés SCEMAMA et SCEMAMA International, par l'intermédiaire d'un huissier désigné qui se constituerait séquestre des éléments trouvés suite aux recherches.

En date du 17 juin 2010, la SCP Chevrier de Zitter & Asperti, huissiers de justice, a porté ladite ordonnance à la connaissance des sociétés SCEMAMA et SCEMAMA International et a ensuite effectué des opérations de constat avec l'aide d'un expert informatique au siège de ces deux sociétés dans la présence de leurs représentants légaux et de leur avocat, en toute transparence et dans le respect du principe de la contradiction.

Sur place, il semble qu'au cours des opérations, la SCP Chevrier de Zitter & Asperti a trouvé et copié des éléments correspondant aux critères de recherches établis dans l'ordonnance. Depuis le 17 juin 2010, ces éléments sont conservés sous séquestre auprès de la SCP Chevrier de Zitter & Asperti qui prépare un procès verbal de constat suite aux opérations effectuées le 17/06/10. Le caractère et le contenu des éléments trouvés sont à ce jour inconnus à la société Suncity.

Par lettre du 25 juin 2010 (*pièce 42*), l'avocat  de WWE a menacé la SCP Chevrier de Zitter & Asperti des poursuites si les documents saisis sont communiqués à la société Sun-City, en soutenant que les éléments saisis relèvent du secret des affaires et leur remise à Suncity causerait un prétendu préjudice important à WWE.

Devant le juge de mise en état, il sera sollicité que la SCP Chevrier de Zitter & Asperti remette une copie de tous les éléments saisis (sur CD-ROM) au Tribunal et aux défenderesses sans laisser copie du contenu des éléments à la Sun City tant que le juge de mise en état ne les aurait pas examiné et statué en premier ressort sur le prétendu caractère confidentiel ou non (secret des affaires, etc.) de chacun des documents saisis.

Il ressort des menaces de WWE que cette dernière et les autres défenderesses tentent, par tout moyen, d'empêcher la divulgation des informations certainement incriminantes concernant leurs agissements déloyaux.

37

### III.   Sur l'Article 700 du Code de Procédure Civile

La société Sun City était en contact avec la société WWE depuis l'été 2009. Toutes les informations de nature à clarifier la situation des produits textiles dérivés et à écarter définitivement l'idée que ces produits étaient des contrefaçons ont été fournies à la société WWE (voir les *pièces n°27, 28 et 29*). Les défenderesses ont agi de manière concertée et malicieuse pour écarter la société Sun City du marché en lui causant d'énormes préjudices, tant sur le plan matériel que moral, et en méprisant totalement les intérêts économiques et humains en jeu, notamment au regard des salariés de Sun City.

C'est uniquement en raison des faits fautifs des Défenderesses que la société Sun City a dû avoir recours à la justice pour faire reconnaître et respecter ses droits.

Il serait inéquitable qu'elle supporte les frais irrépétibles qu'elle ne pourrait recouvrer dans les dépens.

En conséquence, le Tribunal condamnera in solidum les Défenderesses à payer 15.000 € euros à la demanderesse au titre de l'article 700 du Code de Procédure Civile.

38

## PAR CES MOTIFS,

Vu les articles 1382 et suivant du Code Civil,
Vu les articles 42, 46 et suivants, 700 du Code de Procédure Civile,
Vu le Règlement sur la Marque Communautaire n° 40/94 du Conseil du 20 décembre 1993,
Vu les articles L.717-1 et suivants du Code de la Propriété Intellectuelle,
Vu la jurisprudence citée,
Vu les pièces versées aux débats,

Il est demandé au Tribunal de Grande Instance de Paris de :

- Dire et juger la société Sun City recevable et bien fondée en ses demandes et, y faisant droit ;

- Déclarer la déchéance et, en tout état de cause, la nullité des marques communautaires (désignées en pièce 38) appartenant à la société WWE ;

- Dire et juger que les défenderesses se sont rendues coupables d'actes anticoncurrentiels, notamment de cloisonnement illicite du marché français et communautaire des produits textiles dérivés WWE, de fixation illégale des prix, de dénigrement, de manoeuvres ayant pour but de détourner la clientèle de la société Sun City, notamment par le biais de lettres de mise en demeures volontairement fausses et mensongères ;

- Condamner in solidum les défenderesses à payer à la société Sun City la somme de 17 221 400 €, à titre de provision si besoin, à titre de dommages et intérêts en réparation du préjudice matériel qu'elles ont causé à la société Sun City, au regard de la perte des commandes de produits textiles dérivés WWE pour [l'année 2010 [saison Eté 2010 (janvier-juin 2010) et saison Hiver 2010 (juillet-décembre 2010)] du fait des lettres de mise en demeure malicieuse et mensongère envoyée aux clientes de la demanderesse par la société WWE et des actes de concurrence déloyale et de détournement de clientèle opérés par les défenderesses;

- Condamner in solidum les défenderesses à payer à la société Sun City la somme de 115.974€, à titre de provision si besoin, à titre de dommages et intérêts en réparation du préjudice matériel qu'elles ont causé à la société Sun City, au regard de la perte du chiffre d'affaires relatif aux stocks restants non vendus des produits textiles dérivés WWE en fin d'année 2009 [saison Hiver 2009 (juillet-décembre 2009)] du fait de ces mêmes lettres de mise en demeure malicieuse et mensongère envoyée aux clientes de la demanderesse par la société WWE et des actes de concurrence déloyale et de détournement de clientèle opérés par cette dernière et ses complices;

- Condamner in solidum les défenderesses à payer à la société Sun City la somme de 500.000€, à titre de provision si besoin, à titre de dommages et intérêts en réparation du préjudice moral qu'elles ont causé à la société SunCity, notamment du fait de l'atteinte grave portée à son image auprès de sa clientèle, de la perte de confiance de cette même clientèle suite aux accusations infondées sur la société SunCity, des entraves en découlant, telle que l'obligation de justifier preuve à l'appui de l'origine de chaque produit dérivé vendu (voir notamment *pièce n° 22*);

- Condamner in solidum les défenderesses à la publication, à leurs frais, du jugement dans cinq (5) journaux de chacun de leur pays d'origine au choix de la société Sun City (5 journaux américains, 5 journaux allemands et 5 journaux français), le coût global de chacune de ces publications ne pouvant excéder 6000 euros HT. par publication. Pour cela, les défenderesses disposeront d'un délai de cinq (5) jours pour verser à la société Sun City le prix T.T.C. des publications, sur simple présentation par cette dernière du devis pour lesdites publications ;

39

- **Condamner** chacune des défenderesses à publier et diffuser le dispositif du jugement à intervenir, dans sa langue nationale, sur la page d'accueil de chacun de leur site internet officiel ou sur tout autre site servant à vendre le même type de produits, directement ou indirectement par personne interposée, de manière visible à l'ouverture de la page à l'écran sans qu'il soit besoin d'utiliser l'onglet déroulant (en police Times New Roman, taille 14) cela sous 15 jours à compter du prononcé du jugement à intervenir, pendant une durée de 12 mois, aux frais de chacune des défenderesses concernée, sous astreinte définitive de 1000 € euros par jour de retard à compter du prononcé du jugement à intervenir ;

- **Condamner** in solidum les défenderesses à payer à la société Sun City la somme de 15.000 euros au titre de l'article 700 du Code de Procédure civile ;

- **Condamner** in solidum les défenderesses aux entiers dépens, incluant notamment les frais de traduction des actes relatifs à la procédure, dont l'assignation, ainsi que de traduction des pièces et du dispositif du jugement à intervenir dans chacune des langues des défenderesses, les frais relatifs à la saisie opérée par Maîtres De Zitter et Asperti suite à l'ordonnance sur requête rendue par Monsieur le Président du Tribunal de Commerce de Paris le 25 mai 2010, les frais relatifs aux procès-verbaux internet de constat d'huissier (**pièce 40**);

- **Déclarer** que la société Suncity se réserve le droit de demander des mesures d'expertise complémentaires ;

- **Ordonner** l'exécution provisoire du jugement à intervenir.

SOUS TOUTES RESERVES

40

## LISTE DES PIECES

PIECE N° 1 :   Extraits du site internet officiel de la société World Wrestling Entertainment, Inc.

PIECE N° 2 :   Contrat de licence de Produits Dérivés WWE conclu le 28 janvier 2009 entre la société WWE et la société portugaise J.F. Ramos (et sa traduction française)

PIECE N° 3 :   Equivalent de l'extrait K-Bis de la société allemande TVMania GmbH (et sa traduction française) et copie des pages de son site internet officiel www.tvmania.de, renvoyant notamment ses clients français à la société Scemama

PIECE N° 4 :   Extrait K-Bis de la société française Sun City -CIE DND

PIECE N° 5 :   Copie de la page internet de présentation de l'exposante TVMania GmbH au salon ISPO 2009 avec, comme contact, « qmarechal@scemama-int.com »

PIECE N° 6 :   Pages de l'annuaire des noms de domaine montrant que le déposant des deux noms de domaine lamaloli.fr et lamaloli.com est Monsieur Yaïr Agami (www.lamaloli.fr, 6.1 et www.lamaloli.com, 6.2) et copie du catalogue Lamaloli 2010 (6.3)

PIECE N° 7 :   Email de confirmation de la société Lamaloli GmbH renvoyant ses clients français à la société Scemama pour l'ouverture d'un compte grossiste sur le site www.lamaloli.fr

PIECE N° 8 :   Informations sociales sur la société allemande Lamaloli GmbH

PIECE N° 9 :   Extrait K-Bis de la société Scemama SNC et documents sociaux

PIECE N° 10 :  Lettre de mise en demeure du 07 décembre 2009 envoyée par le conseil de la société WWE à la société Sun City

PIECE N°11 :   Réponse de la société Sun City du 09 décembre 2009 au conseil de WWE

PIECE N°12 :   Email envoyé le 09 décembre 2009 par la société Sun City à la société J.F. Ramos

PIECE N°13 :   Email de la société J.F. Ramos envoyé à la société WWE (et sa traduction française)

PIECE N°14 :   14.1) Approbation des produits référencés H09F7806 par WWE en date du 30/06/09

14.2) Approbation des produits référencés H09F7807 par WWE en date du 30/06/09

14.3) Approbation des produits référencés E10F4115 par WWE en date du 30/06/09

14.4) Approbation des produits référencés E10F7622 par WWE en date du 30/06/09

14.5) Approbation des produits H09F1732 et H09F688 par WWE en date du 30/06/09

14.6) Approbation des produits référencés E10F1580 par WWE en date du 11/10/09

14.7) Approbation des produits H09F4137 et H09F9241 par WWE en date du 30/06/09

14.8) Approbation des produits H09F4136 et H09F9242 par WWE en date du 30/06/09

14.9) Approbation des produits référencés E10F7677 par WWE en date du 30/06/09

(et leur traduction française)

PIECE N°15 :   Factures établies par la société J.F. Ramos pour les Produits Officiels WWE vendus à la société Sun City et revendus par celle-ci à ses clientes françaises (et leur traduction française)

PIECE N°16 :   Copie de la déclaration de redevances faite par la société J.F. Ramos et envoyée à CPLG, agent de WWE, pour la période allant du 01/10/2009 au 31/12/2009 et couvrant les produits officiels WWE vendus par J.F. Ramos à Sun City (et sa traduction française)

PIECE N°17 :   Facture du 07 décembre 2009 envoyée par la société CPLG, agent de la société WWE, pour la deuxième fraction du Minimum Garanti (8.750 $) à la société J.F. Ramos pour le compte de WWE (et sa traduction française)

41

**PIECE N°18 :** Ordre de virement de 33.006,92 US$ donné par J.F. Ramos sur le compte de la société CPLG, agent de WWE, pour le compte de WWE, à titre de paiement des redevances pour la période du 01/10/2009 au 31/12/2009 (et sa traduction française)

**PIECE N°19 :** Attestation du gérant de la société J.F. Ramos en date du 18 février 2010 affirmant qu'aucune action n'a été engagée à son encontre par la société WWE concernant son contrat de licence portant sur les produits WWE

**PIECE N°20 :** Extrait K-Bis et documents sociaux de la société Scemama International faisant apparaître les liens entre le site internet www.lamaloli.fr, la société Lamaloli GmbH et les deux sociétés Scemama SNC et Scemama International SARL

**PIECE N°21 :** Extrait du site internet des professionnels du textile, le Site du Sentier, présentant la société Lamaloli GmbH et le site internet www.lamaloli.fr

**PIECE N°22 :** Email du 23 décembre 2009 envoyée par la société Kiabi à la société Sun City lui réclamant la copie de son contrat avec la société WWE pour les produits qu'elle lui a vendus

**PIECE N°23 :** Email du 09 décembre 2009 de la société Agora à la société Sun City lui réclamant les copies de toutes les licences couvrant les produits dérivés qu'elle lui a achetés et un courrier prenant l'entière responsabilité pour tous les produits livrés en 2009

**PIECE N°24 :** Email du 10 décembre 2009 de la centrale d'achat d'E.Leclerc, le Galec, faisant part à la société Sun City de son hésitation à poursuivre le référencement des produits WWE pour l'hiver 2010

**PIECE N°25 :** Lettre recommandée de la société E.Leclerc envoyée le 14 décembre 2009 à la société Sun City l'informant de la mise en demeure de sa centrale d'achats, le Galec, par la société WWE

**PIECE N°26 :** Lettre recommandée de mise en demeure du 07 décembre 2009 envoyée par le conseil de WWE à la société Vetura SA, cliente de la société Sun City, ayant pour objet la « vente de produits contrefaisants les marques de la société World Wrestling Entertainment Inc. »

**PIECE N°27 :** Email de Monsieur Ross Walker (WWE) à Monsieur Michel Benchetrit (Sun City) en date du 27 juillet 2009 lui demandant des explications sur les produits WWE vendus (et sa traduction française)

**PIECE N°28 :** Email en réponse de Monsieur Michel Benchetrit (Sun City) à Monsieur Ross Walker (WWE) en date du 30 juillet 2009 lui expliquant que les produits WWE vendus étaient des produits officiels dérivés WWE vendus par un licencié officiel (et sa traduction française)

**PIECE N°29 :** Email de Monsieur Ross Walker (WWE) à Monsieur Michel Benchetrit (Sun City) en date du 23 septembre 2009 prenant bonne note de la réponse de Monsieur Michel Benchetrit du 30 juillet 2009 et clôturant l'incident (et sa traduction française)

**PIECE N°30 :** Email de Monsieur Michel Benchetrit (Sun City) à Monsieur Ross Walker (WWE) en date du 23 décembre 2009 faisant suite à l'envoi des mises en demeure aux clientes de Sun City et aux actes de concurrence déloyale et de détournement de clientèle d'une licenciée de la société WWE visiblement avec la complicité de cette dernière (et sa traduction française)

**PIECE N°31 :** Email envoyé par la société CPLG, agent de la société WWE, à la demande et pour le compte de cette dernière, à la société Kiabi, en date du 24 juin 2009 l'informant que les produits que la société Kiabi comptait acheter à la société Cie DND (Sun City) ne pouvaient être que des contrefaçons

**PIECE N°32 :** Eléments relatifs à la société CPLG, agent de licence de la société WWE dans certains pays européens

**PIECE N°33 :** Copie de la publicité de Lamaloli GmbH parue dans le Journal du Textile français du 09 février 2010 faisant apparaître les produits dérivés WWE vendus sur le site www.lamaloli.fr

**PIECE N°34 :** Email reçu le 10 novembre 2009 par J.F. Ramos accompagné de photographies des produits WWE prises dans le magasin E.Leclerc de Touques, France, par la société TVMania GmbH et ses complices, portant la mention « WWE cross boarding » en haut à gauche, démontrant manifestement la surveillance et le strict contrôle du marché opérés par WWE, sa licenciée TVMania et ses partenaires (et traduction française)

42

PIECE N°35 :  Tableau comparant les prix grossistes pratiqués par la société J.F. Ramos et les sociétés Scemama SNC, Scemama International et Lamaloli GmbH lors des ventes des mêmes Produits dérivés officiels WWE et justificatifs y afférent (35.1 à 35.4)

PIECE N°36 :  Pré-commande de la société AGORA à la société Sun City n°9020841 de 802517 € de produits textiles dérivés WWE de la collection Eté 2010 (janvier-juin 2010)

PIECE N°37 :  Tableau Récapitulatif du chiffre d'affaires de la société Sun City par client démontrant les pertes subies par la société Sun City du fait des agissements malicieux et abusifs des défenderesses

PIECE N°38 :  Tableau Récapitulatif des 291 marques déposées par la société WWE et dont la nullité et la déchéance sont demandées par la société Sun City

PIECE N° 39 :  Requête et Ordonnance octroyée par Monsieur le Président du Tribunal de Commerce de Paris en date du 25 mai 2010

PIECE N°40 :  Procès-verbaux d' internet relatifs aux sociétés WWE, TV Mania et Lamaloli

PIECE N°41 :  Comptes annuels de 2008 et 2009  de la société Suncity

PIECE N°42 :  Lettre du 25/6/10 du cabinet Gilbey Delorey à la SCP Chevrier de Zitter & Asperti

(LES PIECES ORGINALES SONT CONSULTABLES SUR SIMPLE DEMANDE AU CABINET DE ME YALOZ)