# EXHIBIT C



World Wrestling Entertainment, Inc.

1241 East Main St.
Stamford, CT 06902
Tel: 203 352 8600

James W. Langham
SVP & Assistant General Counsel
Direct Dial: (203) 359-5169
Fax:          (203) 359-5169
Email:        jim.langham@wwecorp.com

September 2, 2010

**VIA OVERNIGHT COURIER**

Mr. Nuno Ramos
J.F. Ramos – Representações, Lda
Apartado 5227, Quimiparque, 2830 Barreiro
Portugal

**Re:   Termination of Consumer Products License Agreement between World Wrestling Entertainment, Inc. and J.F. Ramos – Representações, Lda**

Dear Mr. Ramos:

This letter references the agreement made effective as of January 1, 2009 by and between J.F. Ramos – Representações, Lda ("Licensee") and World Wrestling Entertainment, Inc. ("WWE") for the marketing, promotion, manufacturing, distribution and sale of WWE Licensed Products (the "Agreement").

This letter shall serve as notice, pursuant to Section L(1)(a) and Section N(6), that WWE is hereby terminating the Agreement effective as of the date of this letter. This termination is a result of Licensee's material breaches of the Agreement, including, but not limited to:

- Manufacturing, selling and/or distributing Licensed Products without WWE's approval, in violation of Section A(2)(b) of the Agreement which requires Licensee to submit written concepts, pre-production prototypes, pre-production samples, and/or production samples of all Licensed Products to WWE for its review and prior written approval;

- Unauthorized disclosure of WWE's confidential information in violation of Section L(1)(a)(xii); and

- Unauthorized use of WWE's intellectual property without WWE's prior written approval.

WWE reserves its right to rely on additional grounds of termination.

In accordance with Section 4(c)(ii) and Section L(3) of the Agreement, please note that, irrespective of termination, Licensee is required to pay the Minimum Guarantee(s) for each Contract Year remaining under the Agreement, less any payments previously made for the current Contract Year, as well as any outstanding Royalties.

Pursuant to Section L(3)(a) Royalties on all sales made to date are now immediately due and payable. Please provide a final royalty statement, in the form specified in Section C(4) of the Agreement, together with payment of all and any outstanding royalty payments, within seven days.



We would remind you that pursuant to Section L(4) you must:

- immediately and permanently discontinue manufacturing, selling, advertising, distributing and using the Licensed Products and Advertising Materials;
- immediately and permanently discontinue any use of WWE's intellectual property;
- immediately and permanently destroy any films, molds, dies, CDs, electronic data files, patters, or similar items from which the Licensed Products or Advertising Materials were made, where any element of the intellectual property is an integral part thereof; and
- terminate all agreements with manufactures, distributors and others which relate to the manufacture, sale and use of the Licensed Products.

Please provide a complete inventory of any Licensed Products currently in your possession or under your control. We will provide you with instructions on what to do with such products in due course. Pending such instruction, you should not deal in any way with such products.

You are also reminded that pursuant to Section G(2)(b) of the Agreement, all of Licensee's covenants, representations, warranties and agreements contained in the Agreement, including Licensee's agreement to indemnify WWE pursuant to Section H(1), survive expiration of the Agreement.

Following your distribution of unapproved product to Sun City in France, WWE took certain steps to protect its intellectual property rights. As a result of those steps, WWE has been sued by Sun City in the French Court. WWE puts you on notice of its right to seek recovery from you of any losses, costs, damages etc arising from that lawsuit, under the indemnity contained in Section H(1).

The actions taken hereunder are not taken to the exclusion of any other rights, remedies or defenses to which WWE is entitled and nothing in this letter nor any act or omission of WWE should be construed as a waiver of any of WWE's rights, remedies or defenses, all of which are expressly reserved.

All future correspondence regarding this matter should be sent to my attention.

Very truly yours,

James W. Langham
SVP & Assistant General Counsel
World Wrestling Entertainment, Inc.

cc:    George Barrios
       Tom Bergamasco
       Florence DiGiorgio
       Jim Langham
       Taryn Looney
       Lauren Middlen
       Ross Walker