UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WORLD WRESTLING
ENTERTAINMENT, INC.

    vs.                                      CIVIL ACTION NO.: 3:10CV1399(CFD)

J.F. RAMOS
REPRESENTACOES, LDA

## JUDGMENT

This action having come on for consideration of the Defendant's Motion to Dismiss before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling granting the motion, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant dismissing the case.

Dated at Hartford, Connecticut, this 30th day of August, 2011.

                                                ROBIN D. TABORA, Clerk

                                                By   /s/
                                                  Devorah Johnson
                                                  Deputy Clerk

EOD 8/30/11